**CIVIL MINUTES**

**Judge CHARLES R. BREYER**

Date: **December 8, 2006**

**C-06-01793** CRB

In re International Air Transportation Surcharge Antitrust Litigation

P's Attorneys:  B Simon, A Steyer, D Warshaw, Joseh Saveri, E Cabraser, G Saveri, C Lovell Holley, T Hughes, A Belsky, C Wlater, S Kupfer, C Heffelfinger, R Rivas, D Howard, M Lihmann, T Dove, C Koob, B Sweeney W T Needham, R Rouco, M Hausfeld, C Corbitt, S Safier, A Boomhouwer, M Liberty

D's Attorneys: E Johnson, J Roberti, Daryl Libow, B Cullen, S Reiss, J Kreissman

Deputy Clerk: **BARBARA ESPINOZA**          Reporter:   **Connie Kuhl**

**PROCEEDINGS:**                                                                                      **RULING:**

1.  Pre Trial Conference  -   Held

2. 

3. 

**ORDERED AFTER HEARING:**

An Application to be Selected as Class Counsel shall be filed by all counsel interested in being appointed.  The

Court will issue an order appointing class counsel without a hearing and set the next hearing date

( ) ORDER TO BE PREPARED BY:    Plntf _____    Deft _____    Court _____
( ) Referred to Magistrate Judge For: 
( ) CASE CONTINUED TO _____    for 

Discovery Cut-Off _____           Expert Discovery Cut-Off _____

Plntf to Name Experts by _____    Deft to Name Experts by _____

P/T Conference Date _____   Trial Date _____   Set for _____ days
                        Type of Trial:  ( )Jury    ( )Court

Notes: