

A CERTIFIED TRUE COPY

DEC - 7 2006

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FILED
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

DEC 1 3 2006      NOV 2 1 2006

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT       FILED
NORTHERN DISTRICT OF CALIFORNIA  CLERK'S OFFICE

DOCKET NO. 1793

M 06 - 1793 CRB

*BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION*

## *IN RE INTERNATIONAL AIR TRANSPORTATION SURCHARGE ANTITRUST LITIGATION*

*Ajay Baharani v. British Airways, et al.,* S.D. Florida, C.A. No. 1:06-21612
*Stuart Madnick v. AMR Corp., et al.,* S.D. Florida, C.A. No. 1:06-22145
*Joshua Van Meter v. British Airways PLC, et al.,* N.D. Illinois, C.A. No. 1:06-4132
*Rebecca Kastin v. AMR Corp., et al.,* S.D. New York, C.A. No. 1:06-5726

### *CONDITIONAL TRANSFER ORDER (CTO-2)*

On October 25, 2006, the Panel transferred ten civil actions to the United States District Court for the Northern District of California for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* ___F.Supp.2d___ (J.P.M.L. 2006). With the consent of that court, all such actions have been assigned to the Honorable Charles R. Breyer.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Northern District of California and assigned to Judge Breyer.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Northern District of California for the reasons stated in the order of October 25, 2006, and, with the consent of that court, assigned to the Honorable Charles R. Breyer.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Northern District of California. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

DEC - 7 2006

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel