**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

Richard W. Wieking  
Clerk

General Court Number  
415.522.2000

18 January 2007

Re:   MDL 1793 In re International Air Transportation Surcharge Antitrust Litigation

<u>Title of Case</u>   
*Michael McNamara -v- British Airways, PLC, et al*

<u>Case Number</u>  
*C.A. No. 1:06-3105*

Dear Sir/Madam:

     This is to advise you that the above entitled case has been transferred from the Eastern District of New York to this Court pursuant to 28 U.S.C. §1407(c) and assigned to the Honorable Charles R. Breyer.  We have given the action the individual case number ***C 07 0293 CRB***.

     All future documents submitted in this case are to be presented to the Court in compliance with the enclosed  <u>Practice and Procedure Order Upon Transfer Pursuant to §1407(a)</u> issued on 28 November 2006 in the MDL case, case no. **M 06-1793 CRB.**

     Please be advised that this action has been designated as an E-Filing case.  Therefore, counsel is directed to immediately register as an ECF user with the Northern District of California.   Information on registration and an on-line registration form can be found in our website at https://ecf.cand.uscourts.gov

Sincerely yours,

*R. C. Santos*

Rufino C. Santos  
Deputy Clerk

cc: Counsel  
    MDL