1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE INTERNATIONAL AIR TRANSPORTATION SURCHARGE ANTITRUST LITIGATION | Case No. M:06-cv-01793-CRB<br>MDL No. 1793 |
| _____<br><br>This Order Relates to:<br><br>ALL ACTIONS | **JOINT CASE MANAGEMENT STATEMENT AND (Proposed) CASE MANAGEMENT AND PRETRIAL ORDER #2**<br><br>*THIS DOCUMENT RELATES TO ALL CASES* |

The parties to the above-entitled action jointly submit this Case Management Statement and Proposed Order and request the Court to adopt it as Pretrial Order #2 in this case.

## DESCRIPTION OF THE CASE

The Judicial Panel on Multidistrict Litigation has transferred to this Court for coordinated pretrial proceedings certain antitrust proceedings alleging anticompetitive activities in the air carrier passenger services industry. On November 28, 2006, this Court entered Pretrial Order # 1 consolidating all civil actions transferred to this Court or related to actions already pending before this Court for pre-trial purposes, and establishing a master docket and case filing system, *In Re International Air Transportation Surcharge Antitrust Litigation*, No. M-06-1793 CRB. Pretrial Order # 1 also establishes the practice and procedures in the consolidated proceedings prior to the initial pretrial conference and entry of a comprehensive order governing further proceedings in the case. The Court held an initial pre-trial conference with all parties and counsel on December 8, 2006.

-1-

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

On December 18, 2006, the Court entered an order appointing the law firms of Cotchett, Pitre, Simon & McCarthy (now known as Cotchett, Pitre & McCarthy), and Cohen, Milstein, Hausfield & Toll, P.L.L.C., as Interim Class Counsel pursuant to Fed. R. Civ. P. 23(g).

**PRETRIAL ORDER #2**

The Court now enters Case Management Order and Pretrial Order # 2, and orders as follows:

1. **CONSOLIDATION AND TREATMENT OF SUBSEQUENT ACTIONS** – Pursuant to Pretrial Order # 1, the civil actions transferred to this Court or related to the actions already pending before this Court are consolidated for pretrial purposes.  Any "tag along actions" later filed in, removed to, or transferred to this Court, or directly filed in the Northern District of California, will automatically be consolidated with this action without the necessity of future motions or orders.  This consolidation does not constitute a determination that the actions should be consolidated for trial, nor does it have the effect of making any entity a party to any action in which he, she, or it has not been named, served or added in accordance with the Federal Rules of Civil Procedure.

2. **APPLICABILITY OF ORDER** – The provisions of this Order shall govern the practice and procedure in those actions that were transferred to this Court by the Panel.  This Order also applies to all related actions filed in all divisions of the Northern District of California and all "tag along actions" later filed in, removed to, or transferred to this Court.

3. **ORGANIZATION OF PLAINTIFFS' COUNSEL** –

   a. **Interim Class Counsel** – Pursuant to the Court's Order Appointing Interim Class Counsel, the law firms of Cotchett, Pitre & McCarthy and Cohen, Milstein, Hausfield & Toll, P.L.L.C., shall serve as Interim Class Counsel in the consolidated action.

   b. **Duties and Responsibilities of Interim Class Counsel** – Interim Class Counsel are authorized to receive orders, notices, correspondence, and telephone calls from the Court on behalf of all Plaintiffs, and shall be responsible for preparing and distributing same to

-2-

1

2

3

all Plaintiffs' counsel upon direction from the Court.  Any agreements entered into by Interim Class Counsel with Defendants or their counsel shall be binding on all Plaintiffs.  Interim Class Counsel shall also have the following responsibilities and duties:

4

5

    1.    To create and maintain a master service list of all parties and their respective counsel;

6

7

    2.    To initiate and conduct all negotiations and discussions with counsel for Defendants;

8

9

    3.    To provide general coordination of activities of Plaintiffs' counsel and to delegate work responsibilities to counsel as required;

10

11

    4.    To coordinate and direct all pre-trial proceedings and to delegate work responsibilities to counsel as required;

12

    5.    To consult with and employ consultants and experts;

13

14

15

    6.    To coordinate the briefing and argument of motions and preparation, service and filing of opposing briefs in proceedings initiated by other parties;

16

17

    7.    To coordinate the selection of counsel to act as spokesperson(s) at any hearings or pretrial conferences;

18

19

20

    8.    To call meetings of Plaintiffs' counsel when appropriate and to require periodic reporting of Plaintiffs' counsels' time and expenses;

21

22

23

    9.    To perform such other duties and undertake such other responsibilities as deemed necessary or desirable in connection with the prosecution of the consolidated action;

24

25

26

27

    10.    To select law firms to act as Plaintiffs' Executive Committee in this consolidated action and to manage Plaintiffs' Executive Committee and all subcommittees thereof.  The role of the Executive Committee shall be to assist Interim Class Counsel in

28

-3-

1

2

3

the prosecution of the consolidated action as directed and supervised by Interim Class Counsel. Interim Class Counsel shall be deemed to be members of the Executive Committee as well;

4

5

6

11. To respond to any pleading, motion, or other paper filed and served by Defendants and directed to all Plaintiffs, which response shall be binding on all Plaintiffs; and

7

8

9

12. To coordinate and communicate with Plaintiffs' and Defendants' counsel, and the Court, with respect to matters addressed in this paragraph.

10

11

12

13

14

15

16

17

18

19

**4. MASTER DOCKET FILE** – Pursuant to Pretrial Order # 1, all pleadings and filings shall be made in the master file, No. M 06-1793 CRB. The caption of each pleading shall read: "In Re: International Air Transportation Surcharge Antitrust Litigation" and, in addition to the master file number, shall include the identification "MDL No. 1793." When a pleading is intended to apply to all actions, this shall be indicated by the words: "This Document Relates to All Cases." When a pleading is intended to apply to fewer than all cases, this Court's docket number for each individual case to which the document number relates shall appear immediately after the words "This Document Relates to."

20

21

22

23

24

25

5. **FILING** – This case is subject to Electronic Case Filing ("ECF"), pursuant to General Order 45, Section VI of which requires that all documents in such a case be filed electronically. All counsel shall comply with the e-filing requirements of General Order 45, Section IV. All documents shall be e-filed in the master file, M 06-1793 CRB. Documents that pertain to one or only some of the pending actions shall *also* be e-filed in the individual case(s) to which the document pertains.

26

27

28

**6. FILING OF CONSOLIDATED AMENDED COMPLAINT** – Interim Class Counsel shall file and serve a single Consolidated Amended Complaint by no later than June 8,

-4-

1  2007.

2        **7.**     **FILING OF RESPONSE TO COMPLAINT** – Defendants shall file a response

3  by motion or answer to the Consolidated Amended Complaint no later than **60 days** after

4  service of process of the Consolidated Amended Complaint.

5        **8.**     **DISCOVERY** – Plaintiffs and Defendants shall meet and confer, following the

6  filing of the Consolidated Amended Complaint, regarding an appropriate discovery schedule.

7  The Parties shall file a case management statement, joint report of counsel, and proposed case

8  management order pursuant to Local Civil Rule 16-9(a) within **20 days** after the filing of the

9  Consolidated Amended Complaint. The Court will set a date for a case management conference

10  pursuant to Local Civil Rule 16-2 to take place shortly after the filing of the Parties' case

11  management statement, joint report of counsel, and proposed case management order.

12        **9.**     **PRESERVATION OF EVIDENCE** – All document preservation obligations

13  set forth in Pre-Trial Order #1 shall remain in effect.

14        **10.**     **SCHEDULE FOR APPROVAL OF PROPOSED SETTLEMENTS** – Upon

15  entry of this Order, Interim Class Counsel may seek preliminary approval of certain proposed

16  settlements by noticed motion filed in accordance with Civil Local Rule 7 by March 28, 2007.

17  Interim Class Counsel and counsel for settling Defendants are encouraged to meet and confer

18  and agree upon a briefing and hearing schedule with respect to any such motion(s).

19        Respectfully submitted,

20

21  Dated: March 1, 2007           COTCHETT, PITRE & MCCARTHY

22                                        Joseph W. Cotchett

23                                        Steven N. Williams
                                      COTCHETT, PITRE & MCCARTHY

24                                        San Francisco Airport Office Center
                                      840 Malcolm Road, Suite 200

25                                          Burlingame, CA  94010
                                      T:  (650) 697-6000

26                                        F:  (650) 697-0577

27                                      *Interim Co-Counsel for the*
                                      *Putative Plaintiff Class*

28                                        -5-

1

Dated:  March 1, 2007

2

COHEN, MILSTEIN, HAUSFELD & TOLL, P.L.L.C.

3

*Michael Hausfeld / SMW*

Michael D. Hausfeld

4

Charles Tompkins
COHEN, MILSTEIN, HAUSFELD & TOLL,

5

P.L.L.C.
1100 New York Avenue, N.W.

6

Suite 500, West Tower
Washington, DC  20005

7

T:  (202) 408-4600
F:  (202) 408-4699

8

9

*Interim Co-Counsel for the
Putative Plaintiff Class*

10

Dated:  March 1, 2007

11

SULLIVAN & CROMWELL LLP

12

*Daryl Libow / SMW*

13

Daryl A. Libow

14

SULLIVAN & CROMWELL LLP
170I Pennsylvania Avenue, NW

15

Washington, DC  20006
T:  (202) 956-7500

16

F:  (202) 293-6330

17

*Counsel for Defendant British Airways Plc*

18

19

20

21

22

23

24

25

26

27

28

-6-

Dated:  March 1, 2007            SIMPSON THACHER & BARTLETT LLP

_[signature]_

Harrison J. Frahn (SBN 206822)
SIMPSON THACHER & BARTLETT LLP
2550 Hanover Street
Palo Alto, California 94304
T:  (650) 251-5000
F:  (650) 251-5002

Charles E. Koob (SBN 047349)
Jonathan K. Youngwood (pro hac vice)
SIMPSON THACHER & BARTLETT LLP
425 Lexington Avenue
New York, New York 10017
T:  (212) 455-2000
F:  (212) 455-2502

*Counsel for Defendant Virgin Atlantic
Airways Ltd.*

Dated:  March 1, 2007

WEIL, GOTSHAL & MANGES LLP

_[signature]_

Debra J. Pearlstein
WEIL, GOTSHAL & MANGES LLP
767 Fifth AvenueNew York, NY 10153T:
(212) 310-8686
F: (212) 310-8007

*Counsel for Defendants AMR Corp. and
American Airlines, Inc.*

MAYER, BROWN, ROWE & MAW LLP

Dated:  March 1, 2007

_[signature]_

Richard J. Favretto
John Roberti
MAYER, BROWN, ROWE & MAW LLP
1909 K Street, NW
Washington, DC  20006

*Counsel for Defendant United Air Lines, Inc.*

-7-

1    **IT IS SO ORDERED.**

2

3    Dated:    _____

4                Honorable Charles R. Breyer
           United States District Judge
5          Northern District of California

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-8-