1  Joseph W. Cotchett (36324; jcotchett@cpmlegal.com)
   Steven N. Williams (175489; swilliams@cpmlegal.com)
2  COTCHETT, PITRE & McCARTHY
   San Francisco Airport Office Center
3  840 Malcolm Road, Suite 200
   Burlingame, CA 94010
4  T: (650) 697-6000
   F: (650) 697-0577
5
   Michael D. Hausfeld (pro hac vice; mhausfeld@cmht.com)
6  Charles Tompkins (pro hac vice; ctompkins@cmht.com)
   Andrew Bullion (abullion@cmht.com)
7  Andrea Hertzfeld (ahertzfeld@cmht.com)
   Hilary Ratway (hratway@cmht.com)
8  COHEN, MILSTEIN, HAUSFELD & TOLL, P.L.L.C
   1100 New York Avenue, N.W.
9  Suite 500, West Tower
   Washington, DC 20005
10 T: (202) 408-4600
   F: (202) 408-4699
11
   *Lead Counsel for Plaintiffs and the Class*
12

13

14                    UNITED STATES DISTRICT COURT

15                   NORTHERN DISTRICT OF CALIFORNIA

16
   IN RE INTERNATIONAL AIR                )   Case No. M:06-cv-01793-CRB
17 TRANSPORTATION SURCHARGE               )
   ANTITRUST LITIGATION                   )   MDL No. 1793
18                                        )
                                          )   **STIPULATION AND [PROPOSED]**
19 _____    )   **ORDER TO EXTEND TIME TO SEEK**
                                          )   **PRELIMINARY APPROVAL OF**
20 This Document Relates to:              )   **CERTAIN PROPOSED**
                                          )   **SETTLEMENTS**
21 ALL ACTIONS                            )
                                          )   ***THIS DOCUMENT RELATES TO ALL***
22                                        )   ***CASES***
                                          )
23                                        )
                                          )
24                                        )
                                          )
25 _____    )

26

27

28

STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO SEEK PRELIMINARY APPROVAL OF
CERTAIN PROPOSED SETTLEMENTS
CASE NO. M:06-cv-01793-CRB

1  WHEREAS the Judicial Panel on Multidistrict Litigation has transferred to this Court for coordinated pretrial proceedings certain antitrust proceedings alleging anticompetitive activities in the air carrier passenger services industry.

2  WHEREAS on November 28, 2006, this Court entered Pretrial Order #1 consolidating all civil actions transferred to this Court or related actions already pending before this Court for pre-trial purposes.

3  WHEREAS on March 1, 2007, parties jointly submitted to this Court a Case Management Statement and [Proposed] Case Management and Pretrial Order #2.

4  WHEREAS on March 8, 2007, the Honorable Charles R. Breyer approved the [Proposed] Case Management and Pretrial Order #2 filed on March 1, 2007.

5  WHEREAS Pretrial Order #2 states that upon entry of Pretrial Order #2, Interim Class Counsel may seek preliminary approval of certain proposed settlements by noticed motion filed in accordance with Civil Local Rule 7 by March 28, 2007. Interim Class Counsel and Counsel for settling Defendants are encouraged to meet and confer and agree upon a briefing and hearing schedule with respect to any such motion(s).

6  WHEREAS interim class counsel have met and conferred with settling defendants, who agree and consent to an extension of time to seek preliminary approval of certain proposed settlements by noticed motion filed in accordance with Civil Local Rule 7 on or before April 18, 2007.

7  WHEREAS interim class counsel have met and conferred with non-settling defendants, who have no objection to the extension of time to seek preliminary approval of certain proposed settlements which is the subject of this stipulation and proposed order.

PLAINTIFFS AND DEFENDANTS AMERICAN AIRLINES, INC., AND UNITED AIR LINES, INC., BY AND THROUGH THEIR RESPECTIVE COUNSEL OF RECORD, HEREBY STIPULATE AND AGREE AS FOLLOWS:

1. The time for Interim Class Counsel to seek preliminary approval of certain proposed settlements by filing a noticed motion in accordance with Civil Local Rule 7 shall be extended to April 18, 2007.

IT IS SO STIPULATED.

Dated: March 28, 2007            COTCHETT, PITRE & McCARTHY

*[signature: Steven Williams]*

Joseph W. Cotchett
Steven N. Williams
COTCHETT, PITRE & McCARTHY
840 Malcolm Road, Suite 200
Burlingame, CA 94010
T: (650) 697-6000
F: (650) 697-0577

Michael D. Hausfeld
Charles Tompkins
Andrew Bullion
Andrea Hertzfeld
Hilary Ratway
COHEN, MILSTEIN, HAUSFELD & TOLL, P.L.L.C
1100 New York Avenue, N.W.
Suite 500, West Tower
Washington, DC 20005
T: (202) 408-4600
F: (202) 408-4699

*Co-Counsel for the Putative Plaintiff Class*

---

STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO SEEK PRELIMINARY APPROVAL OF CERTAIN PROPOSED SETTLEMENTS
CASE NO. M:06-cv-01793-CRB

2

1  Dated: March 28, 2007                WEIL, GOTSHAL & MANGES LLP

2

3

4  _____

5  Debra J. Pearlstein (debra.pearlstein@weil.com)
   WEIL, GOTSHAL & MANGES LLP
6  767 Fifth Avenue
   New York, New York 10153
7  T: (212) 310-8686
   F: (212) 310-8007
8
   *Counsel for Defendants AMR Corp. and*
9  *American Airlines, Inc.*

10

11 Dated: March 28, 2007                MAYER, BROWN, ROWE & MAW, LLP

12

13

14 _____

15 Richard J. Favretto (rfavretto@mayerbrownrowe.com)
   John Roberti (jroberti@mayerbrownrowe.com)
16 MAYER, BROWN, ROWE & MAW LLP
   1909 K Street, NW
17 Washington, DC 20006
   T: (202) 263-3000
18 F: (202) 263-3300

19 *Counsel for Defendant United Air Lines, Inc.*

20

21

22 PURSUANT TO THE STIPULATION, IT IS SO ORDERED.

23

24

25  **April**
    Dated: ~~March~~ 03, 2007           By: _____
26                                          Charles R. Breyer
                                            Judge of the United States District Court
27

28

---

STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO SEEK PRELIMINARY APPROVAL OF
CERTAIN PROPOSED SETTLEMENTS
CASE NO. M:06-cv-01793-CRB                                                        3

*IT IS SO ORDERED — Judge Charles R. Breyer*