1   Joseph W. Cotchett (36324; jcotchett@cpmlegal.com)
    Steven N. Williams (175489; swilliams@cpmlegal.com)
2   COTCHETT, PITRE & McCARTHY
    San Francisco Airport Office Center
3   840 Malcolm Road, Suite 200
    Burlingame, CA 94010
4   T: (650) 697-6000
    F: (650) 697-0577
5
    Michael D. Hausfeld (pro hac vice; mhausfeld@cmht.com)
6   Charles Tompkins (pro hac vice; ctompkins@cmht.com)
    Andrew Bullion (abullion@cmht.com)
7   Andrea Hertzfeld (ahertzfeld@cmht.com)
    Hilary Ratway (hratway@cmht.com)
8   COHEN, MILSTEIN, HAUSFELD & TOLL, P.L.L.C
    1100 New York Avenue, N.W.
9   Suite 500, West Tower
    Washington, DC 20005
10  T: (202) 408-4600
    F: (202) 408-4699
11
    *Lead Counsel for Plaintiffs and the Class*

12

13

14                    **UNITED STATES DISTRICT COURT**

15                   **NORTHERN DISTRICT OF CALIFORNIA**

16

17  IN RE INTERNATIONAL AIR            )   Case No. M:06-cv-01793-CRB
    TRANSPORTATION SURCHARGE           )
    ANTITRUST LITIGATION               )   MDL No. 1793
18                                     )
    _____)   **STIPULATION AND [PROPOSED]**
19                                     )   **ORDER TO EXTEND TIME TO SEEK**
                                       )   **PRELIMINARY APPROVAL OF**
20  This Document Relates to:          )   **CERTAIN PROPOSED**
                                       )   **SETTLEMENTS**
21  ALL ACTIONS                        )
                                       )   ***THIS DOCUMENT RELATES TO ALL***
22                                     )   ***CASES***
                                       )
23                                     )
                                       )
24  _____)
                                       )
25

26

27

28

_____

1       WHEREAS the Judicial Panel on Multidistrict Litigation has transferred to this Court for

2  coordinated pretrial proceedings certain antitrust proceedings alleging anticompetitive activities

3  in the air carrier passenger services industry.

4       WHEREAS on November 28, 2006, this Court entered into Pretrial Order #1

5  consolidating all civil actions transferred to this Court or related actions already pending before

6  this Court for pre-trial purposes.

7       WHEREAS on March 1, 2007, parties jointly submitted to this Court a Case Management

8  Statement and [Proposed] Case Management and  Pretrial Order #2.

9       WHEREAS on March 8, 2007, the Honorable Charles R. Breyer approved the [Proposed]

10  Case Management and  Pretrial Order #2 filed on March 1, 2007.

11       WHEREAS Pretrial Order #2 states that upon entry of Pretrial Order #2, Interim Class

12  Counsel may seek preliminary approval of certain proposed settlements by noticed motion filed

13  in accordance with Civil Local Rule 7 by March 28, 2007.  Interim Class Counsel and Counsel

14  for settling Defendants are encouraged to meet and confer and agree upon a briefing and hearing

15  schedule with respect to any such motion(s).

16       WHEREAS interim class counsel met and conferred with defendants, and filed a

17  stipulation and proposed order, that was granted by this Court, to extend time to seek preliminary

18  approval of certain proposed settlements to April 18, 2007.

19       WHEREAS interim class counsel have met and conferred with defendants, and the

20  parties agree and consent to an extension of time to seek preliminary approval of certain

21  proposed settlements by noticed motion filed in accordance with Civil Local Rule 7 on or before

22  May 18, 2007.

23       PLAINTIFFS AND DEFENDANTS AMERICAN AIRLINES, INC., AND UNITED

24  AIRLINES, INC., BY AND THROUGH THEIR RESPECTIVE COUNSEL OF RECORD,

25  HEREBY STIPULATE AND AGREE AS FOLLOWS:

26       1.    The time for Interim Class Counsel to seek preliminary approval of certain proposed

27  settlements by filing a noticed motion in accordance with Civil Local Rule 7 shall be extended to

28  May 18, 2007.

---

1      IT IS SO STIPULATED.

2

3  Dated: April 18, 2007          COTCHETT, PITRE & McCARTHY

4

5

6                       */s/ Steven N. Williams*

7                     Joseph W. Cotchett
                       Steven N. Williams

8                     COTCHETT, PITRE & McCARTHY
                       840 Malcolm Road, Suite 200

9                     Burlingame, CA 94010
                       T: (650) 697-6000

10                   F: (650) 697-0577

11                   Michael D. Hausfeld
                       Charles Tompkins

12                   Andrew Bullion
                       Andrea Hertzfeld

13                   Hilary Ratway
                       COHEN, MILSTEIN, HAUSFELD & TOLL, P.L.L.C

14                   1100 New York Avenue, N.W.
                       Suite 500, West Tower

15                   Washington, DC 20005
                       T: (202) 408-4600

16                   F: (202) 408-4699

17                   *Co-Counsel for the Putative Plaintiff Class*

18

19  Dated: April 18, 2007          WEIL, GOTSHAL & MANGES LLP

20

21

22                       */s/ Debra J. Pearlstein*

23                   Debra J. Pearlstein (debra.pearlstein@weil.com)
                       WEIL, GOTSHAL & MANGES LLP

24                   767 Fifth Avenue
                       New York, New York 10153

25                   T: (212) 310-8686
                       F: (212) 310-8007

26

27                   *Counsel for Defendants AMR Corp. and*
                       *American Airlines, Inc.*

28

1    Dated: April 18, 2007                    MAYER, BROWN, ROWE & MAW, LLP

2

3
                                             _/s/ *John Roberti*_____
4
                                             Richard J. Favretto (rfavretto@mayerbrownrowe.com)
5                                            John Roberti (jroberti@mayerbrownrowe.com)
                                             MAYER, BROWN, ROWE & MAW LLP
6                                            1909 K Street, NW
                                             Washington, DC 20006
7                                            T: (202) 263-3000
                                             F: (202)263-3300
8
                                             *Counsel for Defendant United Airlines, Inc.*
9

10

11

12   PURSUANT TO THE STIPULATION, IT IS SO ORDERED.

13

14

15   Dated:   April 20, 2007                  By:_____
                                             Charles R. Breyer
16                                           Judge of the United States District Court

17                                                       IT IS SO ORDERED

18

19                                                 Judge Charles R. Breyer

20

21

22

23

24

25

26

27

28