Joseph W. Cotchett (36324; jcotchett@cpmlegal.com)
Steven N. Williams (175489; swilliams@cpmlegal.com)
COTCHETT, PITRE & McCARTHY
San Francisco Airport Office Center
840 Malcolm Road, Suite 200
Burlingame, CA 94010
T: (650) 697-6000
F: (650) 697-0577

Michael D. Hausfeld (pro hac vice; mhausfeld@cmht.com)
Charles Tompkins (pro hac vice; ctompkins@cmht.com)
Andrew Bullion (abullion@cmht.com)
Andrea Hertzfeld (ahertzfeld@cmht.com)
Hilary Ratway (hratway@cmht.com)
COHEN, MILSTEIN, HAUSFELD & TOLL, P.L.L.C
1100 New York Avenue, N.W.
Suite 500, West Tower
Washington, DC 20005
T: (202) 408-4600
F: (202) 408-4699

*Lead Counsel for Plaintiffs and the Class*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE INTERNATIONAL AIR TRANSPORTATION SURCHARGE ANTITRUST LITIGATION | Case No. M:06-cv-01793-CRB <br><br> MDL No. 1793 <br><br> **STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO FILE AND SERVE A CONSOLIDATED AMENDED COMPLAINT** <br><br> *THIS DOCUMENT RELATES TO ALL CASES* |
| This Document Relates to: | |
| ALL ACTIONS | |

1  WHEREAS the Judicial Panel on Multidistrict Litigation has transferred to this Court for coordinated pretrial proceedings certain antitrust proceedings alleging anticompetitive activities in the air carrier passenger services industry.

4  WHEREAS on November 28, 2006, this Court entered Pretrial Order #1 consolidating all civil actions transferred to this Court or related actions already pending before this Court for pre-trial purposes.

7  WHEREAS on March 1, 2007, parties jointly submitted to this Court a Case Management Statement and [Proposed] Case Management and  Pretrial Order #2.

9  WHEREAS on March 8, 2007, the Honorable Charles R. Breyer approved the [Proposed] Case Management and  Pretrial Order #2 filed on March 1, 2007.

11  WHEREAS Pretrial Order #2 states that Interim Class Counsel shall file and serve a single Consolidated Amended Complaint by no later than June 8, 2007.

13  WHEREAS interim class counsel have met and conferred with defendants, and they agree and consent to an extension of time for interim class counsel to file and serve a Consolidated Amended Complaint on or before July 9, 2007.

16  PLAINTIFFS AND DEFENDANTS, BY AND THROUGH THEIR RESPECTIVE COUNSEL OF RECORD, HEREBY STIPULATE AND AGREE AS FOLLOWS:

18  1.  The time for Interim Class Counsel to file and serve a Consolidated Amended Complaint shall be extended to July 9, 2007.

20  / / /
21  / / /
22  / / /
23  / / /
24  / / /
25  / / /
26  / / /
27  / / /
28  / / /

|     |                       |                                                      |
| --- | --------------------- | ---------------------------------------------------- |
| 1   | IT IS SO STIPULATED.  |                                                      |
| 3   | Dated: June 7, 2007   | COTCHETT, PITRE & McCARTHY                           |

        /s/ Steven N. Williams

        Joseph W. Cotchett
        Steven N. Williams
        COTCHETT, PITRE & McCARTHY
        840 Malcolm Road, Suite 200
        Burlingame, CA 94010
        T: (650) 697-6000
        F: (650) 697-0577

        Michael D. Hausfeld
        Charles Tompkins
        Andrew Bullion
        Andrea Hertzfeld
        Hilary Ratway
        COHEN, MILSTEIN, HAUSFELD & TOLL, P.L.L.C
        1100 New York Avenue, N.W.
        Suite 500, West Tower
        Washington, DC 20005
        T: (202) 408-4600
        F: (202) 408-4699

        *Co-Counsel for the Putative Plaintiff Class*

Dated: June 7, 2007         WEIL, GOTSHAL & MANGES LLP


        /s/ Steven Alan Reiss

        Steven Alan Reiss
        WEIL, GOTSHAL & MANGES LLP
        767 Fifth Avenue
        New York, New York 10153
        T: (212) 310-8686
        F: (212) 310-8007

        *Counsel for Defendants AMR Corp. and
        American Airlines, Inc.*

STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO FILE AND SERVE A CONSOLIDATED AMENDED COMPLAINT
CASE NO. M:06-cv-01793-CRB                                                                           2

| | | |
|---|---|---|
| 1 | Dated: June 7, 2007 | SULLIVAN & CROMWELL LLP |

                                                  */s/ Daryl A. Libow*
                                       _____

Daryl A. Libow (libowd@sullcrom.com)
SULLIVAN & CROMWELL LLP
1701 Pennsylvania Avenue NW
Washington D.C. 20006
T: (202) 956-7500
F: (202) 293-6330

*Counsel for Defendant British Airways Plc*

Dated: June 7, 2007          MAYER, BROWN, ROWE & MAW, LLP

                                         */s/ John Roberti*
                                     _____

Richard J. Favretto (rfavretto@mayerbrownrowe.com)
John Roberti (jroberti@mayerbrownrowe.com)
MAYER, BROWN, ROWE & MAW LLP
1909 K Street, NW
Washington, DC 20006
T: (202) 263-3000
F: (202)263-3300

*Counsel for Defendants United Airlines, Inc. and UAL Corp.*

Dated: June 7, 2007          SIMPSON THACHER & BARTLETT LLP

                                        */s/ Alan Turner*
                                     _____

Charles E. Koob
Jonathan K. Youngwood
SIMPSON THACHER & BARTLETT LLP
425 Lexington Avenue
New York, NY 10017-3954
T: (212) 455-2000
F: (212) 455-2502

*Counsel for Defendant Virgin Atlantic Airways Limited*

---

STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO FILE AND SERVE A CONSOLIDATED AMENDED COMPLAINT
CASE NO. M:06-cv-01793-CRB                                                        3

1  PURSUANT TO THE STIPULATION, IT IS SO ORDERED.

6  Dated:   June 11, 2007                             By:_____
7                                                     Charles R. Breyer
                                                      United States District Judge

