1  Joseph W. Cotchett (36324; jcotchett@cpmlegal.com)
   Steven N. Williams (175489; swilliams@cpmlegal.com)
2  COTCHETT, PITRE & McCARTHY
   San Francisco Airport Office Center
3  840 Malcolm Road, Suite 200
   Burlingame, CA 94010
4  T: (650) 697-6000
   F: (650) 697-0577
5
   Michael D. Hausfeld (pro hac vice; mhausfeld@cmht.com)
6  Charles Tompkins (pro hac vice; ctompkins@cmht.com)
   Andrew Bullion (abullion@cmht.com)
7  Andrea Hertzfeld (ahertzfeld@cmht.com)
   Hilary Ratway (hratway@cmht.com)
8  COHEN, MILSTEIN, HAUSFELD & TOLL, P.L.L.C
   1100 New York Avenue, N.W.
9  Suite 500, West Tower
   Washington, DC 20005
10 T: (202) 408-4600
   F: (202) 408-4699
11
   *Lead Counsel for Plaintiffs and the Class*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE INTERNATIONAL AIR TRANSPORTATION SURCHARGE ANTITRUST LITIGATION | Case No. M:06-cv-01793-CRB<br><br>MDL No. 1793<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO SEEK PRELIMINARY APPROVAL OF CERTAIN PROPOSED SETTLEMENTS**<br><br>***THIS DOCUMENT RELATES TO ALL CASES*** |
| This Document Relates to:<br><br>ALL ACTIONS | |

WHEREAS the Judicial Panel on Multidistrict Litigation has transferred to this Court for coordinated pretrial proceedings certain antitrust proceedings alleging anticompetitive activities in the air carrier passenger services industry.

WHEREAS on November 28, 2006, this Court entered into Pretrial Order #1 consolidating all civil actions transferred to this Court or related actions already pending before this Court for pre-trial purposes.

WHEREAS on March 1, 2007, parties jointly submitted to this Court a Case Management Statement and [Proposed] Case Management and Pretrial Order #2.

WHEREAS on March 8, 2007, the Honorable Charles R. Breyer approved the [Proposed] Case Management and Pretrial Order #2 filed on March 1, 2007.

WHEREAS Pretrial Order #2 states that upon entry of Pretrial Order #2, Interim Class Counsel may seek preliminary approval of certain proposed settlements by noticed motion filed in accordance with Civil Local Rule 7 by March 28, 2007. Interim Class Counsel and Counsel for settling Defendants are encouraged to meet and confer and agree upon a briefing and hearing schedule with respect to any such motion(s).

WHEREAS interim class counsel met and conferred with defendants, and filed a stipulation and proposed order, that was granted by this Court, to extend time to seek preliminary approval of certain proposed settlements to June 18, 2007.

WHEREAS interim class counsel have met and conferred with counsel for American Airlines, Inc. and United Air Lines, Inc., and they agree and consent to an extension of time to seek preliminary approval of certain proposed settlements by noticed motion filed in accordance with Civil Local Rule 7 on or before July 20, 2007.

PLAINTIFFS AND DEFENDANTS AMERICAN AIRLINES, INC., AND UNITED AIR LINES, INC., BY AND THROUGH THEIR RESPECTIVE COUNSEL OF RECORD, HEREBY STIPULATE AND AGREE AS FOLLOWS:

1. The time for Interim Class Counsel to seek preliminary approval of certain proposed settlements by filing a noticed motion in accordance with Civil Local Rule 7 shall be extended to July 20, 2007.

1  IT IS SO STIPULATED.

2

3  Dated: June 18, 2007                    COTCHETT, PITRE & McCARTHY

4

5

6                                          /s/ Steven N. Williams

7                                          Joseph W. Cotchett
                                           Steven N. Williams
8                                          COTCHETT, PITRE & McCARTHY
                                           840 Malcolm Road, Suite 200
9                                          Burlingame, CA 94010
                                           T: (650) 697-6000
10                                         F: (650) 697-0577

11                                         Michael D. Hausfeld
                                           Charles Tompkins
12                                         Andrew Bullion
                                           Andrea Hertzfeld
13                                         Hilary Ratway
                                           COHEN, MILSTEIN, HAUSFELD & TOLL, P.L.L.C
14                                         1100 New York Avenue, N.W.
                                           Suite 500, West Tower
15                                         Washington, DC 20005
                                           T: (202) 408-4600
16                                         F: (202) 408-4699

17                                         *Co-Counsel for the Putative Plaintiff Class*

18

19  Dated: June 18, 2007                   WEIL, GOTSHAL & MANGES LLP

20

21

22                                          /s/ *Martin Geagan*  for

23                                         Debra J. Pearlstein (debra.pearlstein@weil.com)
                                           WEIL, GOTSHAL & MANGES LLP
24                                         767 Fifth Avenue
                                           New York, New York 10153
25                                         T: (212) 310-8686
                                           F: (212) 310-8007
26
                                           *Counsel for Defendants AMR Corp. and*
27                                         *American Airlines, Inc.*

28

---

STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO SEEK PRELIMINARY APPROVAL OF
CERTAIN PROPOSED SETTLEMENTS
CASE NO. M:06-cv-01793-CRB                                                        2

| | | |
|---|---|---|
| 1 | Dated: June 18, 2007 | MAYER, BROWN, ROWE & MAW, LLP |

/s/ *John Roberti*

Richard J. Favretto (rfavretto@mayerbrownrowe.com)
John Roberti (jroberti@mayerbrownrowe.com)
MAYER, BROWN, ROWE & MAW LLP
1909 K Street, NW
Washington, DC 20006
T: (202) 263-3000
F: (202)263-3300

*Counsel for Defendant United Air Lines, Inc.*

PURSUANT TO THE STIPULATION, IT IS SO ORDERED.

Dated:   June 19, 2007        By:_____
                              Charles R. Breyer
                              Judge of the United States District Court

*IT IS SO ORDERED*
*Judge Charles R. Breyer*

---

STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO SEEK PRELIMINARY APPROVAL OF CERTAIN PROPOSED SETTLEMENTS
CASE NO. M:06-cv-01793-CRB                                                                 3