Joseph W. Cotchett (36324; jcotchett@cpmlegal.com)
Steven N. Williams (175489; swilliams@cpmlegal.com)
COTCHETT, PITRE & McCARTHY
San Francisco Airport Office Center
840 Malcolm Road, Suite 200
Burlingame, CA 94010
T: (650) 697-6000
F: (650) 697-0577

Michael D. Hausfeld (pro hac vice; mhausfeld@cmht.com)
Charles Tompkins (pro hac vice; ctompkins@cmht.com)
Andrew Bullion (abullion@cmht.com)
Andrea Hertzfeld (ahertzfeld@cmht.com)
Hilary Ratway (hratway@cmht.com)
COHEN, MILSTEIN, HAUSFELD & TOLL, P.L.L.C
1100 New York Avenue, N.W.
Suite 500, West Tower
Washington, DC 20005
T: (202) 408-4600
F: (202) 408-4699

*Lead Counsel for Plaintiffs and the Class*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE INTERNATIONAL AIR TRANSPORTATION SURCHARGE ANTITRUST LITIGATION | Case No. M:06-cv-01793-CRB |
| | MDL No. 1793 |
| This Document Relates to: | **STIPULATION AND [PROPOSED] ORDER AMENDING CASE MANAGEMENT AND PRETRIAL ORDER # 2** |
| ALL ACTIONS | ***THIS DOCUMENT RELATES TO ALL CASES*** |

1    WHEREAS the Judicial Panel on Multidistrict Litigation has transferred to this Court for
2    coordinated pretrial proceedings certain antitrust proceedings alleging anticompetitive activities
3    in the air carrier passenger services industry.
4    WHEREAS on November 28, 2006, this Court entered into Pretrial Order #1
5    consolidating all civil actions transferred to this Court or related actions already pending before
6    this Court for pre-trial purposes.
7    WHEREAS on March 1, 2007, parties jointly submitted to this Court a Case Management
8    Statement and [Proposed] Case Management and  Pretrial Order #2.
9    WHEREAS on March 8, 2007, the Honorable Charles R. Breyer approved the [Proposed]
10   Case Management and  Pretrial Order #2 filed on March 1, 2007.
11   WHEREAS Pretrial Order #2 states that within **20 days** after the filing of the
12   Consolidated Amended Complaint the Parties "shall file a case management statement, joint
13   report of counsel, and proposed case management order pursuant to Local Civil Rule 16-9(a).
14   WHEREAS, a Consolidated Amended Complaint was filed on July 9, 2007.
15   WHEREAS, on March 1, 2007, revisions of certain Local Rules, including Civil Local
16   Rule 16-9(a), went into effect.
17   WHEREAS, the Parties are continuing to meet and confer concerning the matters
18   required to be set forth in the Parties' Case Management Conference Statement pursuant to
19   Revised Civil Local Rule 16-9(a).
20   WHEREAS, discussions continue between Interim Counsel for the Putative Plaintiff
21   Class and defendants British Airways Plc and Virgin Atlantic Airways Limited concerning the
22   possible resolution of this matter.
23   WHEREAS, the Parties believe that an extension of time in which to file the Parties'
24   Case Management Conference Statement pursuant to Revised Civil Local Rule 16-9(a) would
25   benefit the Court and the Parties by providing an appropriate period of time in which to meet and
26   confer on the matters addressed in the Case Management Conference Statement as well as to
27   continue the discussions between Interim Counsel for Putative Plaintiff Class and defendants
28   British Airways Plc and Virgin Atlantic Airways Limited.

1   PLAINTIFFS AND DEFENDANTS BRITISH AIRWAYS, PLC VIRGIN ATLANTIC

2   AIRWAYS LIMITED, AMERICAN AIRLINES, INC., AND UNITED AIR LINES, INC., BY

3   AND THROUGH THEIR RESPECTIVE COUNSEL OF RECORD, HEREBY STIPULATE

4   AND AGREE AS FOLLOWS:

5       1.      The time for the Parties to submit a Case Management Statement pursuant to Civil

6   Local Rule 16-9(a), which shall include a proposed date for a Case Management Conference,

7   shall be extended to August 17, 2007.

8       IT IS SO STIPULATED.

9

10  Dated: July 27, 2007                COTCHETT, PITRE & McCARTHY

11

12

13                                      *Steven N. Williams*

14                                      Joseph W. Cotchett
                                        Steven N. Williams
15                                      COTCHETT, PITRE & McCARTHY
                                        840 Malcolm Road, Suite 200
16                                      Burlingame, CA 94010
                                        T: (650) 697-6000
17                                      F: (650) 697-0577

18                                      Michael D. Hausfeld
                                        Charles Tompkins
19                                      Andrew Bullion
                                        Andrea Hertzfeld
20                                      Hilary Ratway
                                        COHEN, MILSTEIN, HAUSFELD & TOLL, P.L.L.C
21                                      1100 New York Avenue, N.W.
                                        Suite 500, West Tower
22                                      Washington, DC 20005
                                        T: (202) 408-4600
23                                      F: (202) 408-4699

24                                      *Co-Counsel for the Putative Plaintiff Class*

25

26

27

28

1   Dated: July 27, 2007                      SULLIVAN & CROMWELL LLP

2

3

4                                            *Daryl A. Libow (by authorization)*

5                                            Daryl A. Libow (libowd@sullcrom.com)
                                             SULLIVAN & CROMWELL LLP
6                                            1701 Pennsylvania Avenue, NW
                                             Washington, D.C. 20006
7                                            T: (202) 956-7500
                                             F: (202) 293-6330

8                                            *Counsel for Defendant British Airways Plc*

9   Dated: July 27, 2007                      SIMPSON THACHER & BARTLETT LLP

10

11

12                                           *Charles E. Koob (by authorization)*

13

14                                           Charles E. Koob (ckoob@stblaw.com)
                                             Jonathan K. Youngwood
                                             SIMPSON THACHER & BARTLETT LLP
15                                           425 Lexington Avenue
                                             New York, NY 10017-3954
16                                           T: (212) 455-2000
                                             F: (212) 455-2502

17                                           *Counsel for Defendant Virgin Atlantic Airways Limited*

18  Dated: July 27, 2007                      MAYER, BROWN, ROWE & MAW, LLP

19

20

21                                           *John Roberti (by authorization)*

22                                           Richard J. Favretto (rfavretto@mayerbrownrowe.com)
                                             John Roberti (jroberti@mayerbrownrowe.com)
23                                           MAYER, BROWN, ROWE & MAW LLP
                                             1909 K Street, NW
24                                           Washington, DC 20006
                                             T: (202) 263-3000
25                                           F: (202)263-3300

26                                           *Counsel for United Air Lines Defendants*

27

28

STIPULATION AND [PROPOSED] ORDER AMENDING CASE MANAGEMENT
AND PRETRIAL ORDER # 2
CASE NO. M:06-cv-01793-CRB                                                        3

1  Dated: July 27, 2007                    WEIL, GOTSHAL & MANGES LLP

2

3

4                                          *Steven Alan Reiss (by authorization)*

5                                          Steven Alan Reiss (steven.reiss@weil.com)
                                           WEIL, GOTSHAL & MANGES LLP
6                                          767 Fifth Avenue
                                           New York, New York 10153
7                                          T: (212) 310-8686
                                           F: (212) 310-8007
8                                          *Counsel for Defendants AMR Corp. and*
                                           *American Airlines, Inc.*

9

10

11

12

13    PURSUANT TO THE STIPULATION, IT IS SO ORDERED.

14    Dated:   July 30, 2007                  By: _____
15                                            Charles R. Breyer
                                              Judge of the United States District Court
16
17
18
19
20
21
22
23
24
25
26
27
28