1  Joseph W. Cotchett (36324)
   Steven N. Williams (175489)
2  **COTCHETT, PITRE & McCARTHY**
   San Francisco Airport Office Center
3  840 Malcolm Road, Suite 200
   Burlingame, CA  94010
4  Telephone:  (650) 697-6000
   Facsimile:  (650) 697-0577
5
   Michael D. Hausfeld (pro hac vice; mhausfeld@cmht.com)
6  Charles E. Tompkins (pro hac vice; ctompkins@cmht.com)
   Andrew B. Bullion (abullion@cmht.com)
7  Hilary K. Ratway (209451)
   Andrea L. Hertzfeld (ahertzfeld@cmht.com)
8  **COHEN, MILSTEIN, HAUSFELD & TOLL P.L.L.C.**
   1100 New York Avenue, N.W.
9  Suite 500, West Tower
   Washington, DC  20005
10 Telephone:  (202) 408-4600
   Facsimile:  (202) 408-4699
11
   *Interim Co-Counsel for the Putative Plaintiff Class*
12

13                 **UNITED STATES DISTRICT COURT**

14              **NORTHERN DISTRICT OF CALIFORNIA**

15

16  _____
                                     )
17  **IN RE INTERNATIONAL AIR**       )    Case No. M:06-cv-01793-CRB
    **TRANSPORTATION SURCHARGE**      )
18  **ANTITRUST LITIGATION**          )    MDL No. 1793
    _____  )
19                                    )    Honorable Charles R. Breyer
    This Document Relates To:         )
20                                    )
                                      )    **STIPULATION AND ~~[PROPOSED]~~**
21        ALL ACTIONS                 )    **ORDER TO EXTEND TIME TO**
                                      )    **RESPOND TO THE CONSOLIDATED**
22                                    )    **AMENDED COMPLAINT**
    _____  )
23

24

25

26

27

28

Cohen, Milstein,
Hausfeld & Toll
P.L.L.C.

- 1 -    STIPULATION AND [PROPOSED] ORDER TO EXTEND
TIME TO RESPOND TO THE CONSOLIDATED
AMENDED COMPLAINT

1    WHEREAS the Judicial Panel on Multidistrict Litigation has transferred to this Court for

2    coordinated pretrial proceedings certain antitrust proceedings alleging anticompetitive activities

3    in the air carrier passenger services industry.

4    WHEREAS on November 28, 2006, this Court entered into Pretrial Order #1

5    consolidating all civil actions transferred to this Court or related actions already pending before

6    this Court for pretrial purposes.

7    WHEREAS on March 1, 2007, the parties jointly submitted to this Court a Case

8    Management Statement and [Proposed] Case Management and Pretrial Order #2.

9    WHEREAS on March 8, 2007, the Honorable Charles R. Breyer approved the [Proposed]

10    Case Management and Pretrial Order #2 ("PTO #2").

11    WHEREAS PTO#2 provided that a Consolidated Amended Complaint should be filed no

12    later than June 8, 2007 and any response to the Consolidated Amended Complaint should be

13    filed 60 days thereafter.

14    WHEREAS on June 6, 2007, the parties jointly submitted to this Court a Stipulation and

15    [Proposed] Order to Extend Time to File and Serve a Consolidated Amended Complaint.

16    WHEREAS on June 12, 2007, the Honorable Charles R. Breyer approved the Stipulation

17    and [Proposed] Order to Extend Time to File and Serve a Consolidated Amended Complaint.

18    WHEREAS on July 9, 2007, Interim Class Counsel filed and served a Consolidated

19    Amended Complaint.

20    WHEREAS discussions continue between Interim Class Counsel and Defendants

21    concerning the possible resolution of this matter.

22    WHEREAS the parties believe that an extension of time would benefit the parties and the

23    Court by providing additional time for discussions concerning the possible resolution of this

24    matter.  Counsel for Defendants met and conferred with Interim Class Counsel, and they agree

25    that Defendants' time to respond to the Consolidated Amended Complaint shall be extended by

26    60 days.

27    PLAINTIFFS AND DEFENDANTS, BY AND THROUGH THEIR RESPECTIVE

28    COUNSEL OF RECORD, HEREBY STIPULATE AND AGREE AS FOLLOWS:

Cohen, Milstein,
Hausfeld & Toll
P.L.L.C.

- 2 -

STIPULATION AND [PROPOSED] ORDER TO EXTEND
TIME TO RESPOND TO THE CONSOLIDATED
AMENDED COMPLAINT

1       1.      Defendants' time to respond to the Consolidated Amended Complaint is extended

2   by 60 days to November 7, 2007.

3

4

5                                          Respectfully submitted,

6

7   Dated:  August 22, 2007               COHEN, MILSTEIN, HAUSFELD & TOLL,
                                          P.L.L.C.

8

9                                          _/s/ Michael D. Hausfeld_____
                                          Michael D. Hausfeld
                                          Charles E. Tompkins

10                                         Andrew B. Bullion
                                          Hilary K. Ratway

11                                         Andrea L. Hertzfeld
                                          COHEN, MILSTEIN, HAUSFELD & TOLL, P.L.L.C.

12                                         1100 New York Avenue, N.W.
                                          Suite 500, West Tower

13                                         Washington, DC  20005
                                          T:  (202) 408-4600

14                                         F:  (202) 408-4699

15                                         Joseph W. Cotchett
                                          Steven N. Williams

16                                         COTCHETT, PITRE & MCCARTHY
                                          San Francisco Airport Office Center

17                                         840 Malcolm Road, Suite 200
                                          Burlingame, CA  94010

18                                         T:  (650) 697-6000
                                          F:  (650) 697-0577

19

20                                         *Interim Co-Counsel for the*
                                          *Putative Plaintiff Class*

21

22  Dated:  August 22, 2007               SULLIVAN & CROMWELL LLP

23

24                                         _Daryl A. Libow (by authorization)_
                                          Daryl A. Libow (libowd@sullcrom.com)

25                                         SULLIVAN & CROMWELL LLP
                                          1701 Pennsylvania Avenue NW

26                                         Washington, DC 20006
                                          T:  (202) 956-7500
                                          F:  (202) 293-6330

27                                         *Counsel for Defendant British Airways Plc*

28

COHEN, MILSTEIN,
HAUSFELD & TOLL
P.L.L.C.

- 3 -

STIPULATION AND [PROPOSED] ORDER TO EXTEND
TIME TO RESPOND TO THE CONSOLIDATED
AMENDED COMPLAINT

1   Dated:  August 22, 2007                    SIMPSON THATCHER & BARTLETT LLP

2

3                                               *Charles E. Koob (by authorization)*
                                               Charles E. Koob (ckoob@stblaw.com)
4                                              Jonathan K. Youngwood
                                               SIMPSON THATCHER & BARTLETT LLP
5                                              425 Lexington Avenue
                                               New York, NY 10017
6                                              T:  (212) 455-2000
                                               F:  (212) 455-2502

7                                               *Counsel for Defendant Virgin Atlantic Airways*
                                               *Limited*
8

9   Dated:  August 22, 2007                    MAYER, BROWN, ROWE & MAW, LLP

10

11                                              *John Roberti (by authorization)*
                                               John Roberti (jroberti@mayerbrownrowe.com)
12                                             MAYER, BROWN, ROWE & MAW, LLP
                                               1909 K Street NW
13                                             Washington, DC 20006
                                               T:  (202) 263-3000
14                                             F:  (202) 263-3300

15                                              *Counsel for Defendant United Air Lines, Inc.*

16  Dated:  August 22, 2007                    WEIL, GOTSHAL & MANGES LLP

17

18                                              *Steven Alan Reiss (by authorization)*
                                               Steven Alan Reiss (steven.reiss@weil.com)
19                                             WEIL, GOTSHAL & MANGES LLP
                                               767 Fifth avenue
20                                             New York, NY 10153
                                               T:  (212) 310-8686
21                                             F:  (212) 310-8007

22                                              *Counsel for Defendants AMR Corp. and American*
                                               *Airlines Inc.*
23

24  PURSUANT TO THE STIPULATION, IT IS SO ORDERED.

25

26  Dated:   August 22, 2007                   By: _____
                                               Charles R. Breyer
27                                             United States District

28

COHEN, MILSTEIN,
HAUSFELD & TOLL
P.L.L.C.
                                               STIPULATION AND ORDER TO EXTEND
                          - 4 -                TIME TO RESPOND TO THE CONSOLIDATED
                                               AMENDED COMPLAINT