Joseph W. Cotchett (36324)
Steven N. Williams (175489)
**COTCHETT, PITRE & McCARTHY**
San Francisco Airport Office Center
840 Malcolm Road, Suite 200
Burlingame, CA  94010
Telephone:  (650) 697-6000
Facsimile:  (650) 697-0577

Michael D. Hausfeld (pro hac vice; mhausfeld@cmht.com)
Charles E. Tompkins (pro hac vice; ctompkins@cmht.com)
Andrew B. Bullion (abullion@cmht.com)
Hilary K. Ratway (209451)
Andrea L. Hertzfeld (ahertzfeld@cmht.com)
**COHEN, MILSTEIN, HAUSFELD & TOLL P.L.L.C.**
1100 New York Avenue, N.W.
Suite 500, West Tower
Washington, DC  20005
Telephone:  (202) 408-4600
Facsimile:  (202) 408-4699

*Interim Co-Counsel for the Putative Plaintiff Class*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **IN RE INTERNATIONAL AIR TRANSPORTATION SURCHARGE ANTITRUST LITIGATION**<br><br>This Document Relates To:<br><br>ALL ACTIONS | Case No. M:06-cv-01793-CRB<br><br>MDL No. 1793<br><br>Honorable Charles R. Breyer<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO RESPOND TO THE CONSOLIDATED AMENDED COMPLAINT** |

COHEN, MILSTEIN,
HAUSFELD & TOLL
P.L.L.C.

- 1 -

STIPULATION AND [PROPOSED] ORDER TO EXTEND
TIME TO RESPOND TO THE CONSOLIDATED
AMENDED COMPLAINT

1  WHEREAS the Judicial Panel on Multidistrict Litigation has transferred to this Court for
2  coordinated pretrial proceedings certain antitrust proceedings alleging anticompetitive activities
3  in the air carrier passenger services industry.

4  WHEREAS on November 28, 2006, this Court entered into Pretrial Order #1
5  consolidating all civil actions transferred to this Court or related actions already pending before
6  this Court for pretrial purposes.

7  WHEREAS on March 1, 2007, the parties jointly submitted to this Court a Case
8  Management Statement and [Proposed] Case Management and Pretrial Order #2.

9  WHEREAS on March 8, 2007, the Honorable Charles R. Breyer approved the [Proposed]
10  Case Management and Pretrial Order #2 ("PTO #2").

11  WHEREAS PTO#2 provided that a Consolidated Amended Complaint should be filed no
12  later than June 8, 2007 and any response to the Consolidated Amended Complaint should be
13  filed 60 days thereafter.

14  WHEREAS on June 6, 2007, the parties jointly submitted to this Court a Stipulation and
15  [Proposed] Order to Extend Time to File and Serve a Consolidated Amended Complaint.

16  WHEREAS on June 12, 2007, the Honorable Charles R. Breyer approved the Stipulation
17  and [Proposed] Order to Extend Time to File and Serve a Consolidated Amended Complaint.

18  WHEREAS on July 9, 2007, Interim Class Counsel filed and served a Consolidated
19  Amended Complaint.

20  WHEREAS discussions continue between Interim Class Counsel and Defendants
21  concerning the possible resolution of this matter.

22  WHEREAS the parties believe that an extension of time would benefit the parties and the
23  Court by providing additional time for discussions concerning the possible resolution of this
24  matter.  Counsel for Defendants met and conferred with Interim Class Counsel, and they agree
25  that Defendants' time to respond to the Consolidated Amended Complaint shall be extended by
26  60 days.

27  PLAINTIFFS AND DEFENDANTS, BY AND THROUGH THEIR RESPECTIVE
28  COUNSEL OF RECORD, HEREBY STIPULATE AND AGREE AS FOLLOWS:

1. Defendants' time to respond to the Consolidated Amended Complaint is extended by 60 days to November 7, 2007.

Respectfully submitted,

Dated:  August 22, 2007    COHEN, MILSTEIN, HAUSFELD & TOLL, P.L.L.C.

 */s/ Michael D. Hausfeld*
Michael D. Hausfeld
Charles E. Tompkins
Andrew B. Bullion
Hilary K. Ratway
Andrea L. Hertzfeld
COHEN, MILSTEIN, HAUSFELD & TOLL, P.L.L.C.
1100 New York Avenue, N.W.
Suite 500, West Tower
Washington, DC  20005
T:  (202) 408-4600
F:  (202) 408-4699

Joseph W. Cotchett
Steven N. Williams
COTCHETT, PITRE & MCCARTHY
San Francisco Airport Office Center
840 Malcolm Road, Suite 200
Burlingame, CA  94010
T:  (650) 697-6000
F:  (650) 697-0577

*Interim Co-Counsel for the
Putative Plaintiff Class*

Dated:  August 22, 2007    SULLIVAN & CROMWELL LLP

 *Daryl A. Libow (by authorization)*
Daryl A. Libow (libowd@sullcrom.com)
SULLIVAN & CROMWELL LLP
1701 Pennsylvania Avenue NW
Washington, DC 20006
T:  (202) 956-7500
F:  (202) 293-6330

*Counsel for Defendant British Airways Plc*

| | | |
|---|---|---|
| 1 | Dated:  August 22, 2007 | SIMPSON THATCHER & BARTLETT LLP |
| 2 | | |
| 3 | | *Charles E. Koob (by authorization)*<br>Charles E. Koob (ckoob@stblaw.com) |
| 4 | | Jonathan K. Youngwood<br>SIMPSON THATCHER & BARTLETT LLP |
| 5 | | 425 Lexington Avenue<br>New York, NY 10017 |
| 6 | | T:  (212) 455-2000<br>F:  (212) 455-2502 |
| 7 | | *Counsel for Defendant Virgin Atlantic Airways Limited* |
| 8 | | |
| 9 | Dated:  August 22, 2007 | MAYER, BROWN, ROWE & MAW, LLP |
| 10 | | |
| 11 | | *John Roberti (by authorization)*<br>John Roberti (jroberti@mayerbrownrowe.com) |
| 12 | | MAYER, BROWN, ROWE & MAW, LLP<br>1909 K Street NW<br>Washington, DC 20006 |
| 13 | | T:  (202) 263-3000<br>F:  (202) 263-3300 |
| 14 | | |
| 15 | | *Counsel for Defendant United Air Lines, Inc.* |
| 16 | Dated:  August 22, 2007 | WEIL, GOTSHAL & MANGES LLP |
| 17 | | |
| 18 | | *Steven Alan Reiss (by authorization)*<br>Steven Alan Reiss (steven.reiss@weil.com) |
| 19 | | WEIL, GOTSHAL & MANGES LLP<br>767 Fifth avenue<br>New York, NY 10153 |
| 20 | | T:  (212) 310-8686<br>F:  (212) 310-8007 |
| 21 | | |
| 22 | | *Counsel for Defendants AMR Corp. and American Airlines Inc.* |
| 23 | | |
| 24 | PURSUANT TO THE STIPULATION, IT IS SO ORDERED. | |
| 25 | | |
| 26 | Dated:  August 24, 2007 | By: _____<br>Charles R. Breyer<br>United States District Judge |
| 27 | | |
| 28 | | |

[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Charles R. Breyer]