Joseph W. Cotchett (36324)
jcotchett@cpmlegal.com
Steven N. Williams (175489)
swilliams@cpmlegal.com
**COTCHETT, PITRE & McCARTHY**
San Francisco Airport Office Center
840 Malcolm Road, Suite 200
Burlingame, CA 94010
Tel: (650) 697-6000
Fax: (650) 697-0577

*Counsel for Plaintiffs Hee Ho Chung,
Myun K. Park, Issun K. Park and the Class*

*Additional Counsel on Signature Page*

| | |
|---|---|
| Inna Zatulovsky (232434)<br>izatulovsky@morganlewis.com<br>**MORGAN, LEWIS & BOCKIUS LLP**<br>One Market, Spear Street Tower<br>San Francisco, CA 94105<br>Tel: (415) 442-1000<br>Fax: (415) 442-1001 | Willard K. Tom; wtom@morganlewis.com<br>Peter H. Halle; phalle@morganlewis.com<br>Joseph Brooks; jbrooks@morganlewis.com<br>**MORGAN LEWIS & BOCKIUS LLP**<br>1111 Pennsylvania Avenue, NW<br>Washington, D.C. 20004<br>Tel: (202) 739-3000<br>Fax: (202) 739-3001 |
| *Counsel for Defendant Korean Airlines Co., Ltd.* | *Counsel for Defendant Korean Airlines Co., Ltd.* |

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE INTERNATIONAL AIR TRANSPORTATION SURCHARGE ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*Hee Ho Chung, et al. v. Korean Airlines Co., Ltd.*<br><br>   Case No. C07-3985 MEJ | ) Case No. M:06-CV-01793-CRB<br>)<br>) MDL No. 1793<br>)<br>)<br>) **STIPULATION PURSUANT TO LOCAL**<br>) **RULE 6-1 AND AGREED ORDER**<br>)<br>)<br>)<br>)<br>)<br>) |

| | |
|---|---|
| 1 | Pursuant to Local Rule 6-1(a), in light of the transfer motion now pending before the |
| 2 | Judicial Panel on Multidistrict Litigation ("JPML"), Plaintiffs Hee Ho Chung, Myung K. Park |
| 3 | and Issun K. Park and Defendant Korean Airlines Co., Ltd., through their respective counsel, |
| 4 | hereby stipulate and agree as follows: |
| 5 | IT IS HEREBY STIPULATED AND AGREED that Defendant's time to answer, move |
| 6 | or otherwise plead is enlarged until the later of (1) the date when the Defendant would otherwise |
| 7 | be required to file a response pursuant to Federal Rule of Civil Procedure 12, or (2) 45 days after |
| 8 | the JPML rules on the pending motion and consolidates each related action in a single court, and |
| 9 | a consolidated complaint is filed by all plaintiffs in the single transferee Court and served on |
| 10 | Defendant. |
| 11 | IT IS FURTHER STIPULATED AND AGREED that each defense counsel designated |
| 12 | below shall accept service on behalf of the Defendant represented by each such counsel of all |
| 13 | complaints in the above-captioned matter, including any amended or consolidated complaints, |
| 14 | and further, that such Defendant shall not contest sufficiency of process or service of process. |
| 15 | This Stipulation does not constitute a waiver of any other defense including, but not limited to, |
| 16 | the defenses of lack of personal or subject matter jurisdiction or improper venue. Nothing in this |
| 17 | paragraph shall obligate any Defendant to answer, move or otherwise respond to any complaint |
| 18 | until the time provided in the preceding paragraph. The above notwithstanding, should any |
| 19 | Defendant, except pursuant to court order, respond to any complaint in a related matter filed in |
| 20 | another United States District Court prior to the date contemplated by this stipulation, then such |
| 21 | Defendant shall make a simultaneous response to the complaint in the above-captioned matter. |
| 22 | /// |
| 23 | /// |
| 24 | /// |
| 25 | /// |
| 26 | /// |
| 27 | /// |
| 28 | /// |

Respectfully Submitted,

Dated: September 13, 2007                COTCHETT, PITRE & McCARTHY


By:   /s/ Steven N. Williams

Joseph W. Cotchett
Steven N. Williams
**COTCHETT, PITRE & McCARTHY**
San Francisco Airport Office Center
840 Malcolm Road, Suite 200
Burlingame, CA 94010
Tel: (650) 697-6000
Fax: (650) 697-0577

Hilary K. Ratway
**COHEN, MILSTEIN, HAUSFELD & TOLL, P.L.L.C.**
1100 New York Avenue, N.W.
Suite 500 West Tower
Washington, D.C. 20005
Tel: (202) 408-4600
Fax: (202) 408-4699

*Counsel for Plaintiffs Hee Ho Chung, Myun K. Park, Issun K. Park and the Class*

Dated: September 13, 2007                MORGAN LEWIS & BOCKIUS LLP


By:   /s/ Inna Zatulovsky

Inna Zatulovsky
**MORGAN, LEWIS & BOCKIUS LLP**
One Market, Spear Street Tower
San Francisco, CA 94105
Tel: (415) 442-1000
Fax: (415) 442-1001

Sept. 17, 2007

IT IS SO ORDERED
Judge Charles R. Breyer

/ / /

/ / /

STIPULATION PURSUANT TO RULE 16-1 AND AGREED ORDER
Case No. M:06-cv-01793-CRB; MDL No. 1793

3

Willard K. Tom
Peter H. Halle
Joseph Brooks
**MORGAN LEWIS & BOCKIUS LLP**
1111 Pennsylvania Avenue, NW
Washington, D.C. 20004
Tel: (202) 739-3000
Fax: (202) 739-3001

*Counsel for Defendant Korean Airlines Co., Ltd.*