Daryl A. Libow (*pro hac vice*) (libowd@sullcrom.com)
SULLIVAN & CROMWELL LLP
1701 Pennsylvania Avenue NW
Washington, DC 20006
Telephone:  (202) 956-7500
Facsimile:  (202) 293-6330

Brendan P. Cullen (SBN 194057) (cullenb@sullcrom.com)
SULLIVAN & CROMWELL LLP
1870 Embarcadero Road
Palo Alto, California  94303
Telephone:    (650) 461-5600
Facsimile:    (650) 461-5700

Counsel for Defendant BRITISH AIRWAYS PLC

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE INTERNATIONAL AIR TRANSPORTATION SURCHARGE ANTITRUST LITIGATION | Case No. M:06-cv-01793-CRB<br>MDL No. 1793 |
| | Honorable Charles R. Breyer |
| This Document relates to:<br>ALL ACTIONS | **STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO RESPOND TO THE CONSOLIDATED AMENDED COMPLAINT** |

WHEREAS the Judicial Panel on Multidistrict Litigation has transferred to this Court for coordinated pretrial proceedings certain antitrust proceedings alleging anticompetitive activities in the air carrier passenger services industry.

WHEREAS on July 9, 2007, Interim Co-Counsel for the Putative Plaintiff Class filed and served on Defendants a Consolidated Amended Complaint.

WHEREAS Defendants currently have until November 7, 2007 to respond to the Consolidated Amended Complaint.

WHEREAS on October 24, 2007, this Court re-scheduled a case management conference in this case originally calendared for October 26, 2007 to November 20, 2007 (Dkt. No. 194).

WHEREAS discussions continue between Interim Co-Counsel for the Putative Plaintiff Class and Defendants concerning the possible resolution of this matter.

WHEREAS the parties believe that an extension of time would benefit the parties and the Court by providing additional time for discussions concerning the possible resolution of this matter.  Counsel for Defendants met and conferred with Interim Co-Counsel for the Putative Plaintiff Class, and they agree that Defendants' time to respond to the Consolidated Amended Complaint shall be extended until such time as is set by the Court at the case management conference scheduled to take place on November 20, 2007.

PLAINTIFFS AND DEFENDANTS, BY AND THROUGH THEIR RESPECTIVE COUNSEL OF RECORD, HEREBY STIPULATE AND AGREE AS FOLLOWS:

1. Defendants' time to respond to the Consolidated Amended Complaint is extended until such time as is set by the Court at the case management conference scheduled to take place on November 20, 2007.

Respectfully submitted,

Dated: October 26, 2007

SULLIVAN & CROMWELL LLP

_/s/_
Daryl A. Libow (libowd@sullcrom.com)
SULLIVAN & CROMWELL LLP
1701 Pennsylvania Avenue NW
Washington, DC 20006
T: (202) 956-7500
F: (202) 293-6330

*Counsel for Defendant British Airways Plc*

Dated: October 26, 2007

COHEN, MILSTEIN, HAUSFELD & TOLL, P.L.L.C.

_/s/_
Michael D. Hausfeld
Charles E. Tompkins
Andrew B. Bullion
Hilary K. Ratway
Andrea L. Hertzfeld
COHEN, MILSTEIN, HAUSFELD & TOLL,
  P.L.L.C.
1100 New York Avenue, N.W.
Suite 500, West Tower
Washington, DC  20005
T: (202) 408-4600
F: (202) 408-4699

Joseph W. Cotchett
Steven N. Williams
COTCHETT, PITRE & MCCARTHY
San Francisco Airport Office Center
840 Malcolm Road, Suite 200
Burlingame, CA  94010
T: (650) 697-6000
F: (650) 697-0577

*Interim Co-Counsel for the
Putative Plaintiff Class*

1  Dated: October 26, 2007               SIMPSON THATCHER & BARTLETT LLP

2                                        /s/
                                         Charles E. Koob (ckoob@stblaw.com)
3                                        Jonathan K. Youngwood
                                         SIMPSON THATCHER & BARTLETT LLP
4                                        425 Lexington Avenue
                                         New York, NY 10017
5                                        T: (212) 455-2000
                                         F: (212) 455-2502
6
                                         *Counsel for Defendant Virgin Atlantic Airways,*
7                                        *Limited*

8  Dated: October 26, 2007               MAYER, BROWN, ROWE & MAW, LLP
9
                                          /s/
10                                       John Roberti (jroberti@mayerbrownrowe.com)
                                         MAYER, BROWN, ROWE & MAW, LLP
11                                       1909 K Street NW
                                         Washington, DC 20006
12                                       T: (202) 263-3000
                                         F: (202) 263-3300
13
                                         *Counsel for Defendant United Air Lines, Inc.*
14

15 Dated: October 26, 2007               WEIL, GOTSHAL & MANGES LLP

16                                        /s/
                                         Steven Alan Reiss (steven.reiss@weil.com)
17                                       WEIL, GOTSHAL & MANGES LLP
                                         767 Fifth A venue
18                                       New York, NY 10153
                                         T: (212) 310-8686
19                                       F: (212) 310-8007

20                                       *Counsel for Defendants AMR Corp. and American*
                                         *Airlines Inc.*
21

22 PURSUANT TO THE STIPULATION, IT IS SO ORDERED.

23

24 Dated: October 31, 2007          By: _____
                                         Charles R. Breyer
25                                       United States District Judge

26

27

28
                                         3
                         STIPULATION AND PROPOSED ORDER TO EXTEND
                         TIME TO RESPOND TO THE CONSOLIDATED AMENDED COMPLAINT

SULLIVAN
&
CROMWELL LLP