Joseph W. Cotchett (36324; jcotchett@cpmlegal.com)
Steven N. Williams (175489; swilliams@cpmlegal.com)
Barbara L. Lyons (173548; blyons@cpmlegal.com)
Neil J. Swartzberg (215133; nswartzberg@cpmlegal.com)
COTCHETT, PITRE & McCARTHY
San Francisco Airport Office Center
840 Malcolm Road, Suite 200
Burlingame, CA 94010
T: (650) 697-6000
F: (650) 697-0577

Michael D. Hausfeld (pro hac vice; mhausfeld@cmht.com)
Charles Tompkins (pro hac vice; ctompkins@cmht.com)
Andrew Bullion (abullion@cmht.com)
Andrea Hertzfeld (ahertzfeld@cmht.com)
Hilary Ratway (209451; hratway@cmht.com)
COHEN, MILSTEIN, HAUSFELD & TOLL, P.L.L.C
1100 New York Avenue, N.W.
Suite 500, West Tower
Washington, DC 20005
T: (202) 408-4600
F: (202) 408-4699

*Lead Counsel for Plaintiffs and the Class*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| IN RE INTERNATIONAL AIR TRANSPORTATION SURCHARGE ANTITRUST LITIGATION<br>____________________<br>This Document Relates to:<br><br>ALL ACTIONS<br>____________________ | ) | Case No. M:06-cv-01793-CRB<br><br>MDL No. 1793<br><br>**STIPULATION AND ~~[PROPOSED]~~ ORDER CONTINUING CASE MANAGEMENT CONFERENCE**<br><br>***THIS DOCUMENT RELATES TO ALL CASES*** |

WHEREAS the Judicial Panel on Multidistrict Litigation has transferred to this Court for coordinated pretrial proceedings certain antitrust proceedings alleging anticompetitive activities in the air carrier passenger services industry.

WHEREAS on November 28, 2006, this Court entered into Pretrial Order #1 consolidating all civil actions transferred to this Court or related actions already pending before this Court for pre-trial purposes.

WHEREAS on March 1, 2007, parties jointly submitted to this Court a Case Management Statement and [Proposed] Case Management and Pretrial Order #2.

WHEREAS on March 8, 2007, the Honorable Charles R. Breyer approved the [Proposed] Case Management and Pretrial Order #2 filed on March 1, 2007.

WHEREAS, on March 1, 2007, revisions of certain Local Rules, including Civil Local Rule 16-9(a), went into effect.

WHEREAS, a Consolidated Amended Complaint was filed on July 9, 2007.

WHEREAS parties filed a joint case management statement on September 17, 2007.

WHEREAS a Case Management Conference has been scheduled for November 20, 2007 at 3:00 p.m., at which time a date was to be set for Defendants to respond to the Consolidated Amended Complaint;

WHEREAS, certain counsel are unable to attend the November 20, 2007 Case Management Conference, and accordingly, the parties have met and conferred on the schedule and agreed that subject to court approval the Case Management Conference may be rescheduled to ~~***either*** November 28, 2007 (at ___ a.m./p.~~m., such time to be determined by the Court), ~~***or***~~ November 30, 2007 at 8:30 a.m., or such other time and date as may be scheduled by the Court;

WHEREAS, discussions continue between Interim Counsel for the Putative Plaintiff Class and defendants British Airways Plc and Virgin Atlantic Airways Limited concerning the possible resolution of this matter.

PLAINTIFFS AND DEFENDANTS BRITISH AIRWAYS, PLC, VIRGIN ATLANTIC AIRWAYS LIMITED, AMERICAN AIRLINES, INC., AND UNITED AIR LINES, INC., BY

AND THROUGH THEIR RESPECTIVE COUNSEL OF RECORD, HEREBY STIPULATE AND AGREE AS FOLLOWS:

1. Subject to the Court's approval, the Case Management Conference currently scheduled for November 20, 2007 at 3:00 p.m, shall be continued to ~~November 28, 2007 (at __ a.m./p.m., such time to be determined by the Court), o~~r November 30, 2007 at 8:30 a.m., or such time and date as may be scheduled by the Court, and that at such re-scheduled Conference, a date shall be set for Defendants to respond to the Consolidated Amended Complaint.

IT IS SO STIPULATED.

Dated: November 6, 2007 COTCHETT, PITRE & McCARTHY

*/s/ Steven N. Williams*

Joseph W. Cotchett
Steven N. Williams
COTCHETT, PITRE & McCARTHY
840 Malcolm Road, Suite 200
Burlingame, CA 94010
T: (650) 697-6000
F: (650) 697-0577

Michael D. Hausfeld
Charles Tompkins
Andrew Bullion
Andrea Hertzfeld
Hilary Ratway
COHEN, MILSTEIN, HAUSFELD & TOLL, P.L.L.C
1100 New York Avenue, N.W.
Suite 500, West Tower
Washington, DC 20005
T: (202) 408-4600
F: (202) 408-4699

*Co-Counsel for the Putative Plaintiff Class*

Dated: November 6, 2007

SULLIVAN & CROMWELL LLP

*/s/ Daryl A. Libow*

Daryl A. Libow (libowd@sullcrom.com)
SULLIVAN & CROMWELL LLP
1701 Pennsylvania Avenue, NW
Washington, D.C. 20006
T: (202) 956-7500
F: (202) 293-6330

*Counsel for Defendant British Airways Plc*

Dated: November 6, 2007

SIMPSON THACHER & BARTLETT LLP

*/s/ Charles E. Koob*

Charles E. Koob (ckoob@stblaw.com)
Jonathan K. Youngwood
SIMPSON THACHER & BARTLETT LLP
425 Lexington Avenue
New York, NY 10017-3954
T: (212) 455-2000
F: (212) 455-2502

*Counsel for Defendant Virgin Atlantic Airways Limited*

Dated: November 6, 2007

MAYER BROWN LLP

*/s/ John Roberti*

Richard J. Favretto (rfavretto@mayerbrownrowe.com)
John Roberti (jroberti@mayerbrownrowe.com)
MAYER BROWN LLP
1909 K Street, NW
Washington, DC 20006
T: (202) 263-3000
F: (202)263-3300

*Counsel for United Air Lines Defendants*

Dated: November 6, 2007

WEIL, GOTSHAL & MANGES LLP

*/s/ Martin Geagan*

Steven Alan Reiss (steven.reiss@weil.com)
Martin Geagan (martin.geagan@weil.com)
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
T: (212) 310-8686
F: (212) 310-8007

*Counsel for Defendants AMR Corp. and American Airlines, Inc.*

PURSUANT TO THE STIPULATION, IT IS SO ORDERED.

Dated: November 7, 2007

By:______________________________
Charles R. Breyer
Judge of the United States District Court

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
IT IS SO ORDERED
Judge Charles R. Breyer