1  MAYER BROWN LLP
   Richard J. Favretto, Esq.
2     rfavretto@mayerbrown.com
   John Roberti, Esq.
3     jroberti@mayerbrown.com
   1909 K Street, NW
4  Washington, DC 20006
   Telephone:   (202) 263-3000
5  Facsimile:   (202) 263-3300

6  MAYER BROWN LLP
   Edward D. Johnson, Esq. (SBN 189475)
7     wjohnson@mayerbrown.com
   J. Joann Liao, Esq. (SBN 227329)
8     jliao@mayerbrown.com
   Two Palo Alto Square, Suite 300
9  3000 El Camino Real
   Palo Alto, CA 94306-2112
10 Telephone:   (650) 331-2000
   Facsimile:   (650) 331-2060

Attorneys for Defendant United Air Lines, Inc.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re INTERNATIONAL AIR TRANSPORTATION SURCHARGE ANTITRUST LITIGATION<br><br>This Document Relates to:<br><br>    ALL ACTIONS. | Master File No. 06-cv-1793-CRB<br><br>MDL No. 1793<br><br>[~~PROPOSED~~] **ORDER DENYING PLAINTIFFS' ADMINISTRATIVE MOTION TO RELATE CASES** |

1  On December 28, 2007, Plaintiff in the action *Adlin v. Air New Zealand*, *et al.*, Northern
2  District Case No. C-07-06410-EDL ("*Adlin*"), filed a Motion for Administrative Relief to
3  Consider Whether Cases Should be Related, seeking to relate the *Adlin* case to the above-
4  captioned proceeding. Plaintiff failed to serve the motion on known parties to the purportedly
5  related actions, as required by Civil Local Rule 3-12(b). Plaintiff also improperly filed the
6  motion in his own action, rather than in this action, which is the earlier-filed action.

7  On January 7, 2008, Defendant United Air Lines, Inc. filed an Opposition to this
8  administrative motion.

9  Upon consideration of the papers and pleadings on file, and for good cause shown,
10  **IT IS HEREBY ORDERED** that the administrative motion seeking to relate the *Adlin* action to
11  this action is **DENIED**.

13  DATED: January 09, 2008



Hon. Charles R. Breyer
United States District Judge

[PROPOSED] ORDER DENYING PLAINTIFFS' MOTION TO RELATE CASES
Master File No. 06-cv-1793-CRB