1  Gregory D. Hull (SBN 57367)
   greg.hull@weil.com
2  WEIL, GOTSHAL & MANGES LLP
   201 Redwood Shores Parkway
3  Redwood Shores, CA 94065
   Telephone: (650) 802-3274
4  Facsimile: (650) 802-3100

5  Steven Alan Reiss
   steven.reiss@weil.com
6  Martin C. Geagan
   martin.geagan@weil.com
7  Weil, Gotshal & Manges LLP
   767 Fifth Avenue
8  New York, New York 10153
   Telephone: (212) 310-8686
9  Facsimile: (212) 310-8007

10 Counsel for Defendants American Airlines, Inc. and
   AMR Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re INTERNATIONAL AIR TRANSPORTATION SURCHARGE ANTITRUST LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS. | Master File No. 06-cv-1793-CRB<br><br>MDL No. 1793<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE OF DEFENDANTS AMERICAN AIRLINES, INC. AND AMR CORPORATION**<br><br>Hon. Charles R. Breyer |

IT IS HEREBY STIPULATED by and between Plaintiffs and Defendants American Airlines, Inc. and AMR Corporation, through their counsel of record, that:

1. In a series of actions filed in 2006, and subsequently in their First Consolidated Amended Complaint, dated July 9, 2007, Plaintiffs each brought claims against defendants American Airlines, Inc. and AMR Corporation (collectively, "American") in good faith based upon information known to Plaintiffs and their counsel at that time.

2. American has not provided any monetary consideration or anything of value to the named Plaintiffs in this action or in any action relating to this action.

3. Interim Co-Lead Counsel and Co-Counsel for Plaintiffs in their individual capacities have been provided by Virgin Atlantic Airways ("VAA"), the Department of Justice amnesty applicant in the above-captioned action, a proffer of the facts known to VAA relevant to the claims asserted in this action. Specifically, VAA advised Interim Co-Lead Counsel and Co-Counsel for Plaintiffs that VAA and British Airways Plc were the only two participants in the alleged conspiracy. Based upon this proffer, and upon the representations made by counsel for American that their client was not involved in the alleged conspiracy, Interim Co-Lead Counsel and Co-Counsel for Plaintiffs has concluded that dismissal of American with prejudice is appropriate.

4. Accordingly, the parties to this agreement stipulate and agree that all individual claims asserted in the above-captioned action against defendant American should be dismissed with prejudice.

5. Dismissal of American from the above-captioned action shall have no bearing upon the claims asserted by the plaintiffs in In re Transpacific Passenger Air Transportation Antitrust Litigation, Civ. No. 08-01913 (CRB), MDL No. 1913 (N.D. Cal) (the "Transpacific Passenger MDL"), shall not be considered in that action, and no party to this agreement or their counsel shall cite either to the fact that American was named in the above-captioned action or the fact of this dismissal as evidence in support of any claim or defense in the Transpacific Passenger MDL.

6. Because a class has not been certified, no prejudice to absent putative class

| | |
|---|---|
| 1 | members will result from the dismissal of American with prejudice from this action. |
| 2 |        7.    The parties to this agreement stipulate and agree that each party shall pay its own costs and attorneys' fees. |

Dated: August 25, 2008                                   Cohen, Milstein, Hausfeld & Toll, P.L.L.C


By:  /S/ Charles Tompkins

Michael D. Hausfeld
Charles Tompkins
Andrew Bullion
Andrea Hertzfeld
Hilary Ratway
Cohen, Milstein, Hausfeld & Toll, P.L.L.C
1100 New York Avenue, N.W.
Suite 500, West Tower
Washington, Dc 20005
T: (202) 408-4600
F: (202) 408-4699

Joseph W. Cotchett
Steven N. Williams
Cotchett, Pitre & McCarthy
840 Malcolm Road, Suite 200
Burlingame, Ca 94010
T: (650) 697-6000
F: (650) 697-0577


*Interim Co-Lead Counsel And Co-Counsel For
Plaintiffs In Their Individual Capacities*

| | | |
|---|---|---|
| 1 | Dated: August 25, 2008 | Weil, Gotshal & Manges LLP |
| 2 | | |
| 3 | | By: /S/ Gregory D. Hull |
| 4 | | Gregory D. Hull (SBN 57367) |
| 5 | | Steven Alan Reiss<br>Martin Geagan |
| 6 | | Weil, Gotshal & Manges LLP<br>767 Fifth Avenue |
| 7 | | New York, New York 10153<br>T: (212) 310-8686 |
| 8 | | F: (212) 310-8007 |
| 9 | | *Counsel For Defendants AMR Corp. and American Airlines, Inc.* |

*Filer's Attestation:* Pursuant to General Order No. 45, Gregory D. Hull attests that he obtained the concurrence of all signatories in the filing of this document.

August 26, 2008

[SEAL: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, Judge Charles R. Breyer]