1  Joseph W. Cotchett (36324; jcotchett@cpmlegal.com)
   Steven N. Williams (175489; swilliams@cpmlegal.com)
2  Stuart G. Gross (251019; sgross@cpmlegal.com)
   COTCHETT, PITRE & McCARTHY
3  San Francisco Airport Office Center
   840 Malcolm Road, Suite 200
4  Burlingame, CA 94010
   T: (650) 697-6000
5  F: (650) 697-0577

6  Michael D. Hausfeld (pro hac vice; mhausfeld@cmht.com)
   Charles Tompkins (pro hac vice; ctompkins@cmht.com)
7  Andrea Hertzfeld (ahertzfeld@cmht.com)
   COHEN, MILSTEIN, HAUSFELD & TOLL, P.L.L.C
8  1100 New York Avenue, N.W.
   Suite 500, West Tower
9  Washington, DC 20005
   T: (202) 408-4600
10 F: (202) 408-4699

11 *Settlement Class Counsel and Counsel for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE INTERNATIONAL AIR TRANSPORTATION SURCHARGE ANTITRUST LITIGATION ) ) ) ) _____ ) ) ) This Document Relates to: ) ) ALL ACTIONS ) ) ) ) ) ) ) _____ ) | Case No. M:06-cv-01793-CRB<br><br>MDL No. 1793<br><br>**STIPULATION AND [PROPOSED] ORDER SETTING HEARING ON OBJECTORS' MOTION TO QUASH**<br><br>*THIS DOCUMENT RELATES TO ALL CASES* |

(Note: "[PROPOSED]" is struck through in the title.)

1  WHEREAS  Duncan Vere-Hopegood, Dominic Hagger, And Tracy Hagger ("Objectors")
2 filed the Objection Of Duncan Vere-Hopegood, Dominic Hagger, And Tracy Hagger To Class
3 Action Settlements With British Airways And Virgin Atlantic Airways, on September 11, 2008;
4  WHEREAS counsel for the Settlement Class and Plaintiffs ("Settlement Class Counsel")
5 served upon Objectors, through their counsel ("Objectors' Counsel"), notices of Objectors'
6 depositions to be taken on September 16, 2008;
7  WHEREAS the Objectors filed a Motion To Quash Depositions Of Duncan Vere-
8 Hopegood, Dominic Hagger, and Tracy Hagger on September 15, 2008 ("Motion To Quash");
9  WHEREAS the Motion To Quash requests that the Court consider the motion on
10 shortened time;
11  WHEREAS the parties hereto have met and conferred and agreed upon Friday,
12 September 19, 2008, at 10:00 a.m. as a mutually convenient time for the Motion To Quash to be
13 heard, and the Court has confirmed its availability to hear the motion on that day at that time;
14  WHEREAS Defendants are not parties to the Motion To Quash, and Defendant British
15 Airways, p.l.c. and Defendant Virgin Atlantic Airways, Ltd. have no objection to the Motion To
16 Quash being heard on shortened time.
17  PLAINTIFFS, THE SETTLEMENT CLASS, AND OBJECTORS, BY AND THROUGH
18 THEIR RESPECTIVE COUNSEL OF RECORD, HEREBY STIPULATE AND AGREE AS
19 FOLLOWS:
20  1.  Subject to the Court's approval, Objectors' Motion To Quash shall be heard by
21 the Court on Friday, September 19, 2008, at 10:00 a.m., or such time and date as may be [**26 (CRB)** handwritten]
22 //
23 //
24 //
25 //
26 //
27 //
28 //

scheduled by the Court.

IT IS SO STIPULATED.

Dated: September 16, 2007          COTCHETT, PITRE & McCARTHY

/s/ Steven N. Williams
Joseph W. Cotchett
Steven N. Williams
Stuart G. Gross
COTCHETT, PITRE & McCARTHY
840 Malcolm Road, Suite 200
Burlingame, CA 94010
T: (650) 697-6000
F: (650) 697-0577

Michael D. Hausfeld
Charles Tompkins
Andrea Hertzfeld
COHEN, MILSTEIN, HAUSFELD & TOLL, P.L.L.C
1100 New York Avenue, N.W.
Suite 500, West Tower
Washington, DC 20005
T: (202) 408-4600
F: (202) 408-4699

*Settlement Class Counsel and Counsel for Plaintiffs*

Dated September 16, 2008          GIBSON, McCLURE, WALLACE & DANIELS, L.L.P.

/s/ Dennis D. Gibson
Dennis D. Gibson
Gibson, McClure, Wallace & Daniels, L.L.P.
8080 North Central Expressway
Suite 1300, L.B. 50
Dallas, TX 75206
T: (214) 891-8040
F: (214) 891-8003

*Objectors' Counsel*

PURSUANT TO THE STIPULATION, IT IS SO ORDERED.

Dated:   September 17, 2008          By:_____
Charles R. Breyer
Judge of the United States District Court

[Stamp: IT IS SO ORDERED / Judge Charles R. Breyer — United States District Court, Northern District of California]