**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE INTERNATIONAL AIR TRANSPORTATION SURCHARGE ANTITRUST LITIGATION _____/ <br> This document relates to: ALL ACTIONS _____/ | No. M 06-01793 CRB <br><br> **ORDER** <br><br> **MDL 1793** |

The Court is in receipt of a communication from class member Astrid Andersen. The Clerk is directed to forward a copy of the communication to class counsel.

**IT IS SO ORDERED.**

Dated: December 4, 2008

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2006\1793\orderanderson.wpd