**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE INTERNATIONAL AIR TRANSPORTATION SURCHARGE ANTITRUST LITIGATION _____/ This document relates to: ALL ACTIONS _____/ | No. M 06-01793 CRB <br> MDL 1793 <br> **ORDER GRANTING LEAVE** |

Now pending before the Court is the motion of Cohen Milstein Sellers & Toll for leave to file a motion for reconsideration of the Court's order substituting Hausfeld, LLP for Cohen Milstein as co-lead counsel. The Court believes that Hausfeld's motion for substitution was properly filed as an administrative motion; however, it prefers to decide issues on the merits after hearing argument from all interested parties. Accordingly, Cohen Milstein's motion for leave to file is GRANTED.

Cohen Milstein shall file its motion for reconsideration on or before December 19, 2008. Any oppositions shall be filed on or before January 5, 2009 and a reply, if any, shall be filed by January 12, 2009. The Court will advise the parties if oral argument is required.

**IT IS SO ORDERED.**

Dated: December 16, 2008

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2006\1793\orderrereconsideration.wpd