Richard J. Simons (SBN 72676)
Nadia M. Lockyer (SBN 192536)
FURTADO JASPOVICE & SIMONS, ALC
22274 Main Street
Hayward, CA 94541
Telephone: 510-351-6111
Facsimile: 510-351-8254

*Attorneys for Plaintiff Ronald H. Cowan and the Proposed Class*

Micha Star Liberty (SBN 215687)
LIBERTY LAW OFFICE
1438 Market Street
San Francisco, CA 94102
Telephone:  (415) 896-1000
Facsimile:  (415) 896-2249
micha@libertylaw.com

*Attorney for Plaintiff and the Proposed Class*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE INTERNATIONAL AIR TRANSPORTATION SURCHARGE ANTITRUST LITIGATION<br><br>This document relates to:<br>*Cowan v. British Airways, et al.,* Case No. C 06-4331 | Case No.  M:06-cv-01793- CRB<br><br>MDL No. 1793<br><br>**NOTICE OF SUBSTITUTION OF COUNSEL** |

TO THE CLERK OF THE COURT AND ALL COUNSEL OF RECORD, please take notice that Plaintiff Ronald H. Cowan hereby substitutes Micha Star Liberty of Liberty Law Office, along with Richard J. Simons of Furtado Jaspovice & Simons, ALC, as his attorneys of record in the above-captioned matter in place of Jennie Lee Anderson and Lori Andrus of the law firm of Andrus Anderson LLP, previously of Andrus Liberty & Anderson, who have withdrawn as counsel.

---

Notice of Substitution of Counsel                                                                                                 Page 1

1    I hereby consent to the above substitution and withdraw as counsel for Plaintiff Ronald H. Cowan.

DATED:  March 11, 2009                    By:      /s/ *Jennie Lee Anderson*___
                                                   Jennie Lee Anderson

                                                   Jennie Lee Anderson
                                                   Lori E. Andrus
                                                   ANDRUS ANDERSON LLP
                                                   155 Montgomery Street, 9th Floor
                                                   San Francisco, CA 94104
                                                   Phone: (415) 986-1400
                                                   Fax:    (415) 986-1474

I hereby consent to the above substitution.

DATED:  March 11, 2009                    By:      /s/ *Richard J. Simons*___
                                                   Richard J. Simons

                                                   Richard J. Simons
                                                   Nadia M. Lockyer
                                                   Furtado Jaspovice & Simons, ALC
                                                   22274 Main Street
                                                   Hayward, CA 94541
                                                   Phone: (510) 351-6111
                                                   Fax:    (510) 351-8254

I am duly admitted to practice in this District and consent to the above substitution.

DATED:  March 11, 2009                    By:      /s/ *Micha Star Liberty*___
                                                   Micha Star Liberty

                                                   Micha Star Liberty
                                                   LIBERTY LAW OFFICE
                                                   1438 Market Street
                                                   San Francisco, CA 94102
                                                   Phone: (415) 986-1000
                                                   Fax:    (415) 986-2249

[SEAL: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Charles R. Breyer]