| | |
|---|---|
| 1 | Megan Dixon (Bar No. 162895)<br>HOGAN LOVELLS US LLP |
| 2 | 4 Embarcadero Center, 22nd Floor<br>San Francisco, CA  94111 |
| 3 | Telephone: (415) 374-2300<br>Facsimile: (415) 374-2499 |
| 4 | megan.dixon@hoganlovells.com |
| 5 | *Attorneys for Claimant Carnival PLC* |
| 6 | Daryl A. Libow (*pro hac vice*)<br>SULLIVAN & CROMWELL LLP |
| 7 | 1701 Pennsylvania Avenue, NW<br>Washington, DC  20006 |
| 8 | Telephone: (202) 956-7500<br>Facsimile: (202) 293-6330 |
| 9 | libowd@sullcrom.com |
| 10 | *Attorneys for Defendant British Airways Plc* |
| 11 | Harrison J. Frahn, IV (Bar No. 206822)<br>SIMPSON THACHER & BARTLETT LLP |
| 12 | 2550 Hanover Street<br>Palo Alto, CA  94304 |
| 13 | Telephone: (650) 251-5000<br>Facsimile: (650) 251-5002 |
| 14 | hfrahn@stblaw.com |
| 15 | *Attorneys for Defendant Virgin Atlantic Airways Ltd.* |

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE INTERNATIONAL AIR TRANSPORTATION SURCHARGE ANTITRUST LITIGATION | Case No. M-06-cv-01793-CRB<br>MDL No. 1793 |
| _____ | Honorable Charles R. Breyer |
| This Document Relates to:<br>ALL ACTIONS | **STIPULATED [PROPOSED] ORDER EXTENDING TIME TO RESPOND TO CARNIVAL PLC'S MOTION TO ENFORCE AND SETTING HEARING DATE** |

**STIPULATED [PROPOSED] ORDER EXTENDING TIME TO RESPOND TO CARNIVAL PLC'S MOTION TO ENFORCE AND SETTING HEARING DATE – Case No. M-06-cv-01793-CRB**

1     WHEREAS, on October 3, 2008, this Court entered an Order and Final Judgment
2  Approving Settlement Between Class Plaintiffs and British Airways Plc ("BA") and an Order
3  and Final Judgment Approving Settlement Between Class Plaintiffs and Virgin Atlantic Airways
4  Ltd. ("VAA");

5     WHEREAS, on April 23, 2010, the Settlement Administrator, Kenneth R. Feinberg, Esq.,
6  denied Carnival PLC's request to be treated as a Settlement Class Member under the Class
7  Action Settlement Agreements;

8     WHEREAS, on November 8, 2010, the Settlement Administrator denied Carnival PLC's
9  request for reconsideration of the Settlement Administrator's April 23, 2010 ruling;

10    WHEREAS, on October 6, 2011, Carnival PLC ("Carnival") filed a Motion to Enforce
11 the Class Action Settlements of BA and VAA (Dkt. No. 365) and two declarations in support
12 thereof (Dkt. Nos. 366-67), and noticed such motion for hearing on November 18, 2011;

13    WHEREAS, pursuant to Civil Local Rule 7-3, BA's and VAA's oppositions to
14 Carnival's motion would be due on October 20, 2011, and Carnival's reply would be due on
15 October 27, 2011;

16    WHEREAS, to promote the efficient litigation of this action, BA and VAA anticipate
17 filing a joint opposition to Carnival's motion, and the parties to this Stipulation have conferred
18 and agree that additional time is warranted to enable BA and VAA to prepare their opposition;

19    WHEREAS, the parties have not previously requested a modification of the time set forth
20 in Civil Local Rule 7-3 with respect to Carnival's Motion to Enforce the Class Action
21 Settlements;

22    WHEREAS, prior to Carnival's motion, the last activity on the Court's docket with
23 respect to this case occurred on March 3, 2010, and the requested time modification does not
24 impact the schedule for this case except to alter the current hearing date for Carnival's motion;

25    IT IS HEREBY STIPULATED THAT:
26    1.     BA and VAA's time to oppose Carnival's motion shall be extended until October
27 28, 2011;

28                                                -1-

STIPULATED [PROPOSED] ORDER EXTENDING TIME TO RESPOND TO CARNIVAL PLC'S MOTION
TO ENFORCE AND SETTING HEARING DATE – Case No. M-06-cv-01793-CRB

1      2.     Carnival's time to reply to BA and VAA's opposition shall be extended until
2  November 10, 2011;
3      3.     Carnival's motion shall be heard on December 9, 2011 at 10:00 a.m.
4      IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

Dated:      October 18, 2011

/s/ Megan Dixon
Megan Dixon (Bar No. 162895)
HOGAN LOVELLS US LLP
4 Embarcadero Center, 22nd Floor
San Francisco, CA  94111
Telephone: (415) 374-2300
Facsimile: (415) 374-2499
megan.dixon@hoganlovells.com

*Attorneys for Claimant Carnival PLC*

Dated:      October 18, 2011

/s/ Daryl A. Libow
Daryl A. Libow (*pro hac vice*)
SULLIVAN & CROMWELL LLP
1701 Pennsylvania Avenue, NW
Washington, DC  20006
Telephone: (202) 956-7500
Facsimile: (202) 293-6330
libowd@sullcrom.com

*Attorneys for Defendant British Airways Plc*

Dated:      October 18, 2011

/s/ Harrison J. Frahn, IV
Harrison J. Frahn, IV (Bar No. 206822)
SIMPSON THACHER & BARTLETT LLP
2550 Hanover Street
Palo Alto, CA  94304
Telephone: (650) 251-5000
Facsimile: (650) 251-5002
hfrahn@stblaw.com

*Attorneys for Defendant Virgin Atlantic Airways Ltd.*

-2-

**STIPULATED [PROPOSED] ORDER EXTENDING TIME TO RESPOND TO CARNIVAL PLC'S MOTION TO ENFORCE AND SETTING HEARING DATE – Case No. M-06-cv-01793-CRB**

1  PURSUANT TO STIPULATION, IT IS SO ORDERED.

2

3  DATED:  October 20, 2011

4  THE HON. CHARLES R. BREYER
   UNITED STATES DISTRICT JUDGE

*IT IS SO ORDERED* — Judge Charles R. Breyer

-3-

STIPULATED [PROPOSED] ORDER EXTENDING TIME TO RESPOND TO CARNIVAL PLC'S MOTION
TO ENFORCE AND SETTING HEARING DATE – Case No. M-06-cv-01793-CRB